## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Zander Schlacter; *et al.*,

    *Plaintiffs*,

        v.

U.S. Department of State; *et al.*,

    *Defendants*.

Civil Action No. <u>1:25-cv-1344</u>

---

**PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM, TO WAIVE REQUIREMENT UNDER LOCAL RULE 102.2(a) TO PROVIDE ADDRESSES IN COMPLAINT CAPTION, AND FOR A PROTECTIVE ORDER**

Plaintiffs David Doe, Robert Roe, Peter Poe, and Kris Koe, by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 5.2 and 26(c), respectfully move this Court for an order granting them leave to proceed under pseudonym, waiving the requirement under Local Rule 102.2(a) to provide their addresses in the caption of the Complaint, and for a protective order limiting disclosure of their identities. The remaining Plaintiffs, Zander Schlacter, Jill Tran, and Lia Hepler-Mackey, join in the request to waive the requirement under Local Rule 102.2(a) that they provide their addresses in the caption of the Complaint. The grounds for this motion are set forth in the attached memorandum of law.

WHEREFORE, Plaintiffs request that their Motion for leave to proceed under pseudonyms be granted as the identified Plaintiffs, that the requirement under Local Rule 102.2(a) to provide their addresses in the caption of the Complaint be waived as to all Plaintiffs, and the Court issue a protective order limiting disclosure of the identities of the identified Plaintiffs.

Date:  April 25, 2025

Respectfully submitted,

/s/ Jonathan I. Gleklen
Jonathan I. Gleklen,  Bar No. 21350
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC  20001
Tel: 202-942-5454
Fax: 202-942-5999
jonathan.gleklen@arnoldporter.com

Lori Leskin*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Tel: 212-836-8541
Fax: 212.836.8689
lori.leskin@arnoldporter.com

Allissa Pollard*
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street, Ste. 4000
Houston, Texas 77002
Tel.: 713-576-2451
Fax: 713-576-2499
allissa.pollard@arnoldporter.com


OF COUNSEL

Kyle Angelotti
District of Columbia Bar No. 9004804
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC  20001
Tel: 202-942-5431
Fax: 202-942-5999
kyle.angelotti@arnoldporter.com

Carl S. Charles*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
1 West Court Square, Suite 105
Decatur, GA 30030
Tel: (404) 897-1880
Fax: (855) 535-2236
ccharles@lambdalegal.org

Karen L. Loewy*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006
Tel: (202) 804-6245
Fax: (855) 535-2236
kloewy@lambdalegal.org

Peter Renn*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Tel: (213) 382-7600
Fax: (855) 535-2236
prenn@lambdalegal.org

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Tel: (212) 809-8585
Fax: (855) 535-2236
ogonzalez-pagan@lambdalegal.org

* Motion for admission *pro hac vice*
forthcoming.

Hannah Sibiski
Texas Bar No. 24041373
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Suite 4000
Houston, TX 77002
Tel: 713-576-2400
Fax: 713-576-2499
hannah.Sibiski@arnoldporter.com


*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this motion, the attached memorandum of law, and proposed order will be served concurrently with the service of the Summonses and Complaint in this matter upon the following defendants by certified mail, return receipt requested:

U.S. DEPARTMENT OF STATE,
2201 C Street NW
Washington, DC 20520

MARCO RUBIO, in his official capacity as Secretary of State,
2201 C Street NW,
Washington, DC 20520; and

UNITED STATES OF AMERICA,
c/o Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530,

/s/ Jonathan I. Gleklen
Jonathan I. Gleklen