IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ZANDER SCHLACTER; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE; *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-CV-01344 |

**MOTION FOR PRELIMINARY INJUNCTION**

COME NOW Plaintiffs Zander Schlacter, Jill Tran, Lia Hepler-Mackey, David Doe, Robert Roe, Peter Poe, and Kris Koe, by and through their undersigned counsel, and pursuant to Rule 65 of the Federal Rules of Civil Procedure, hereby move this Court to preliminarily enjoin Defendants from implementing the Department of State's recent policy to only issue passports with male or female sex designations based on what the Department of State terms "biological sex at birth" and to require Defendants Department of State and Marco Rubio to issue passports to them with sex designations that match their gender identity, including the issuance of passports bearing an "X" designation for "unspecified or another gender identity." For the reasons set forth in the Memorandum in Support of Motion for Preliminary Injunction filed contemporaneously herewith, Plaintiffs have established that they are likely to prevail on their claims that the Defendants have violated the Fifth Amendment to the United States Constitution and the Administrative Procedure Act, 5 U.S.C. §§ 500 *et seq.*, that the Plaintiffs will suffer irreparable harm absent an injunction, and that the balance of the equities and the public interest favors the issuance of an injunction.

Dated:  May 14, 2025

/s/ Jonathan I. Gleklen
Jonathan I. Gleklen, Bar No. 21350
Karen Vincent (of counsel)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC  20001
Tel: (202) 942-5454
Fax: (202) 942-5999
jonathan.gleklen@arnoldporter.com
karen.vincent@arnoldporter.com

Lori Leskin*
Mindy Gorin (of counsel)
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8541
Fax: (212) 836-8689
lori.leskin@arnoldporter.com
mindy.gorin@arnoldporter.com

Allissa Pollard*
Hannah Sibiski (of counsel)
Arnold & Porter Kaye Scholer LLP
700 Louisiana Street, Ste. 4000
Houston, TX 77002
Tel.: (713) 576-2451
Fax: (713) 576-2499
allissa.pollard@arnoldporter.com
hannah.sibiski@arnoldporter.com

Liz Lindquist (of counsel)
Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street | Suite 3100
Denver, CO 80202-2848
Tel: (303) 863-2387
Fax: (303) 863-2301
Liz.Lindquist@arnoldporter.com

Respectfully submitted,

Carl S. Charles*
Lambda Legal Defense
and Education Fund, Inc.
1 West Court Square, Suite 105
Decatur, GA 30030
Tel: (404) 897-1880
Fax: (855) 535-2236
ccharles@lambdalegal.org

Karen L. Loewy*
Lambda Legal Defense
and Education Fund, Inc.
815 16th Street NW, Suite 4140
Washington, DC 20006
Tel: (202) 804-6245
Fax: (855) 535-2236
kloewy@lambdalegal.org

Peter Renn*
Lambda Legal Defense
and Education Fund, Inc.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Tel: (213) 382-7600
Fax: (855) 535-2236
prenn@lambdalegal.org

Omar Gonzalez-Pagan*
Lambda Legal Defense
and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY 10005
Tel: (212) 809-8585
Fax: (855) 535-2236
ogonzalez-pagan@lambdalegal.org

* Counsel for Plaintiffs admitted *pro hac vice*