# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ZANDER SCHLACTER, et al.,

    *Plaintiffs*,

v.

U.S. DEPT. OF STATE, et al.,

    *Defendants*.

Case No. 1:25-cv-1344

**DECLARATION OF CARL S. CHARLES**

I, Carl S. Charles, declare as follows:

1. I am over the age of eighteen (18) and competent to testify as to the matters set forth herein.

2. I am a Senior Attorney with Lambda Legal Defense and Education Fund, Inc., and one of the attorneys representing Plaintiffs in this case.

3. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction.

4. Attached as **Exhibit 1** is a true and correct copy of Executive Order 14168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 90 Fed. Reg. 8615 (Jan. 20, 2025).

5. Attached as **Exhibit 2** is a true and correct copy of Movement Advancement Project, *Identity Document Law and Policies* (as of May 13, 2025), which also is available at https://perma.cc/9CA2-2U5P.

6. Attached as **Exhibit 3** is a true and correct copy of U.S. Dep't of State, Bureau of Consular Affairs, *Sex Marker in Passports* (as of May 13, 2025), which also is available at https://perma.cc/TG9V-ZKTR.

7. Attached as **Exhibit 4** is a true and correct copy of U.S. Dep't of State, GovFacts, *Passports and Visas: Understanding the Key U.S. Travel Documents* (as of May 13, 2025), which also is available at https://tinyurl.com/4urwrrx5.

8. Attached as **Exhibit 4-1** is a true and correct copy of Immigration (Hotel Records) Order 1972, SI 1972/1689, which also is available at https://www.legislation.gov.uk/uksi/1972/1689/made.

9. Attached as **Exhibit 4-2** is a true and correct copy of Bundesmeldegesetz [Federal Act on Registration] §§ 3, 29 (2017), which also is available at https://www.gesetze-im-internet.de/englisch_bmg/englisch_bmg.html.

10. Attached as **Exhibit 5** is a true and correct copy of U.S. Citizenship and Immigration Services, *Form I-9 Acceptable Documents* (as of May 13, 2025), which also is available at https://perma.cc/62US-2CS2.

11. Attached as **Exhibit 6** is an excerpt from a true and correct copy of National Center for Transgender Equality, *The Report of the 2015 Transgender Survey*. The complete document is provided by thumb drive to the Court and the parties and also is available at https://perma.cc/4YN6-8HD9.

12. Attached as **Exhibit 7** is a true and correct copy of National Center for Transgender Equality, *Early Insights: A Report of the 2022 U.S. Transgender Survey* (Feb. 2024), which also is available at https://perma.cc/6V3P-DSST.

13. Attached as **Exhibit 8** is a true and correct copy of U.S. Passport Off., Passport Instruction 2510.9C, Attach. A, General Guideline No. 10, *Use of Names Indicating a Change of Sex* (May 4, 1971), which also is available at page 10 of the document located at this link: https://tinyurl.com/yc4jdbt4.

14. Attached as **Exhibit 9** is a true and correct copy of U.S. Dep't of State, Passport Bulletin 92-22, *Procedures for Handling Requests for a Change in Gender in Passports* (Oct. 1, 1992), which also is available at page 34 of the document located at this link: https://tinyurl.com/yc4jdbt4.

15. Attached as **Exhibit 9-1** is a true and correct copy of U.S. Dep't of State, 7 FAM 1300 Appendix M, "Gender Change" (June 10, 2010), which also is available at page 42 of the document located at this link: https://tinyurl.com/yc4jdbt4.

16. Attached as **Exhibit 9-2** is a true and correct copy of U.S. Dep't of State Media Note, *New Policy on Gender Change in Passports Announced* (Jun. 9, 2010), which also is available at https://perma.cc/GJ6J-JMMW.

17. Attached as **Exhibit 9-3** is a true and correct copy of U.S. Dep't of State, Press Release, *Proposing Changes to the Department's Policies on Gender on U.S. Passports and Consular Reports of Birth Abroad* (Jun. 30, 2021), which also is available at page 34 of the document located at this link: https://2021-2025.state.gov/proposing-changes-to-the-departments-policies-on-gender-on-u-s-passports-and-consular-reports-of-birth-abroad/.

18. Attached as **Exhibit 9-4** is a true and correct copy of U.S. Dep't of State, Press Release, *X Gender Marker Available on U.S. Passports Starting April 11* (Mar. 31, 2022), which also is available at https://perma.cc/YDQ8-LSZK.

19. Attached as **Exhibit 10** is a true and correct copy of Int'l Civil Aviation Org., *Doc 9303, Machine Readable Travel Documents* at Part 4, *Specifications for Machine Readable Passports [MRPs] and other TD3 Size MRTDs* (8th ed. 2021), which also is available at https://perma.cc/LM35-EE44.

3

20. Attached as **Exhibit 11** is a true and correct copy of Int'l Civil Aviation Org., *Doc 9303, Machine Readable Travel Documents* at Part 4, *Specifications for Machine Readable Passports [MRPs] and other TD3 Size MRTDs* (7th ed. 2015), which also is available at https://web.archive.org/web/20151002114527/https://www.icao.int/publications/documents/9303_p4_cons_en.pdf.

21. Attached as **Exhibit 11-1** is a true and correct copy of Int'l Civil Aviation Org., *Doc 9303, Machine Readable Travel Documents* at Part I, Section IV, *Machine Readable Passports – Volume I, Technical specifications*, (6th ed. 2006), which also is available at https://web.archive.org/web/20121208172221/http://www.icao.int/publications/pages/publication.aspx?docnum=9303.

22. Attached as **Exhibit 12** on the thumb drive provided to the Court and all parties is a true and correct copy of ABC Action News, *Former President Trump announces 2024 presidential bid,* YouTube at 48:40-49:13 (Nov. 15, 2022), which also is available at https://perma.cc/A3R8-75XR.

23. Attached as **Exhibit 12-1** is a true and correct copy of Donald J. Trump, Tweet (Dec. 22, 2024), which also is available at https://perma.cc/B4KT-HZSA.

24. Attached as **Exhibit 12-2** on the thumb drive provided to the Court and all parties is a true and correct copy of The Arizona Republic, *Turning Point USA Donald Trump full speech: The 'golden age of America' begins now, says Trump*, YouTube at 57:02-24 (Dec. 23, 2024), which also is available at https://www.youtube.com/watch?v=XuIeXJw6BA8.

25. Attached as **Exhibit 13** on the thumb drive provided to the Court and all parties is a true and correct copy of Donald J. Trump, *President Trump's Plan to Protect Children from Left-*

*Wing Gender Insanity, Trump Vance: Make America Great Again! 2025*, Speech at 0:15-0:47 and Plan at No. 2 (Feb. 1, 2023), which also is available at https://perma.cc/2H2G-M8JK.

26. Attached as **Exhibit 14** is a true and correct copy of Gabriel Bertrand, *Trump's Shocking Admission Exposes GOP's Bigoted Agenda*, Medium (June 17, 2023), which also is available at https://perma.cc/DNQ6-X75H.

27. Attached as **Exhibit 15** is a true and correct copy of Audrey Kemp, *What Trump's win – and $215m worth of anti-trans ads – mean for the future of campaigning*, The Drum (Nov. 6, 2024), which also is available at https://perma.cc/NU63-KA4M.

28. Attached as **Exhibit 16** on the thumb drive provided to the Court and all parties is a true and correct copy of Lauren Barrón-López, *et al.*, W*hy anti-transgender political ads are dominating the airwaves this election*, PBS News (Nov. 2, 2024 5:25 PM), which also is available at https://perma.cc/T5GT-4DRU.

29. Attached as **Exhibit 17** on the thumb drive provided to the Court and all parties is a true and correct copy of The Associated Press, *Trump and Vance make anti-transgender attacks central to their campaign's closing argument*, NBC News (Nov. 1, 2024, 10:23 AM), which also is available at https://perma.cc/9RGR-ECU6?type=image.

30. Attached as **Exhibit 18** is a true and correct copy of Madison Pauly and Sarah Szilagy, *What the "Most Anti-LGBTQ" Election in Decades Means for Trans People*, Mother Jones (Nov. 5, 2024), which also is available at https://perma.cc/559Z-3JD9.

31. Attached as **Exhibit 19** is a true and correct copy of Donald J. Trump, D<small>AVOS</small> 2025: *Special address by Donald J. Trump, President of the United States of America* (Jan. 23, 2025), which also is available at https://www.youtube.com/watch?v=DKBWckduL2k (video) and

https://www.weforum.org/stories/2025/01/davos-2025-special-address-donald-trump-president-united-states/ (transcript).

32. Attached as **Exhibit 20** is a true and correct copy of Executive Order No. 14187, *Protecting Children from Chemical and Surgical Mutilation*, 90 Fed. Reg. 8771 (Jan. 28, 2025).

33. Attached as **Exhibit 20-1** is a true and correct copy of Executive Order No. 14183, *Prioritizing Military Excellence and Readiness*, 90 Fed. Reg. 8757 § 1 (Jan. 27, 2025).

34. Attached as **Exhibit 20-2** is a true and correct copy of Executive Order No. 14190, *Ending Radical Indoctrination in K-12 Schooling*, 90 Fed. Reg. 8853 (Jan. 29, 2025).

35. Attached as **Exhibit 20-3** is a true and correct copy of Executive Order No. 14201, *Keeping Men Out of Women's Sports*, 90 Fed. Reg. 9279 (Feb. 5, 2025).

36. Attached as **Exhibit 21** is a true and correct copy of EEOC Press Release, *Removing Gender Ideology and Restoring the EEOC's Role of Protecting Women in the Workplace* (Jan. 28, 2025), which also is available at https://perma.cc/5S6N-SZQZ.

37. Attached as **Exhibit 22** is a true and correct copy of Claire Savage, *EEOC instructs staff to sideline all new transgender discrimination cases, employees say*, Associated Press (Apr. 18. 2025), which also is available at https://archive.ph/G6XIN.

38. Attached as **Exhibit 23** is a true and correct copy of Heather Hollingsworth & Sally Ho, *In battle against transgender rights, Trump targets HUD's housing policies*, Associated Press (May 5, 2025), which also is available at https://archive.ph/YFUPf.

39. Attached as **Exhibit 24** is a true and correct copy of Jarrett Renshaw & David Shepardson, *Trump orders agencies to scrub 'gender ideology' from contracts, websites*, Reuters (Jan. 29. 2025), which also is available at https://archive.ph/NiEWr.

40. Attached as **Exhibit 25** is a true and correct copy of Danielle Kurtzleben, *Some federal web pages still down as agencies implement order "defending women"*, National Public Radio (Feb. 1, 2025), which also is available at https://perma.cc/N4T6-ZLQ7.

41. Attached as **Exhibit 26** is a true and correct copy of Jo Yurcaba, *Government agencies scrub LGBTQ web pages and remove info about trans and intersex people*, NBC News (Feb. 3, 2025, https://perma.cc/U4U2-88MZ?type=image.

42. Attached as **Exhibit 27** is a true and correct copy of Minyvonne Burke, *References to transgender and queer removed from Stonewall National Monument's web page*, NBC News (Feb. 14, 2025), which also is available at https://perma.cc/4YMU-CX7J?type=image.

43. Attached as **Exhibit 28** is a true and correct copy of Jonathan J. Cooper, *A List of Government Web Pages That Have Gone Dark to Comply With Trump Orders*, AP News (Jan. 31, 2025), which also is available at https://archive.ph/FA8al.

44. Attached as **Exhibit 29** is a true and correct copy of Joseph Gedeon, *Rubio Instructs Staff To Freeze Passport Applications with 'X' Sex Markers*, The Guardian (Jan. 23, 2025), which also is available at https://perma.cc/U7RW-A5YG.

45. Attached as **Exhibit 30** is a true and correct copy of Shannon K. Kingston, *et al.*, *State Department Halts 'X' Passport Gender Marker Applications*, ABC News (Jan. 24, 2025), which also is available at https://perma.cc/X8C7-7QA3.

46. Attached as **Exhibit 31** are true and correct copies of the DS-11 (OMB Control No. 1405-0004, Exp. Date 12-31-2023), DS-82 (OMB Control No. 1405-0020, Exp. Date 3-31-2023), and DS-5504 (OMB Control No. 1405-0160, Exp. Date 11-30-2022) Forms, which also are available at https://eforms.state.gov/Forms/ds11_pdf.PDF;

https://eforms.state.gov/Forms/ds82_pdf.PDF; and

https://eforms.state.gov/Forms/ds5504_pdf.pdf.

47. dAttached as **Exhibit 32** are true and correct copies of the DS-11 (OMB Control No. 1405-0004, Exp. Date 4-30-2025), DS-82 (OMB Control No. 1405-0020, Exp. Date 4-30-2025), and DS-5504 (OMB Control No. 1405-0160; Exp. Date 4-30-2025) Forms, which also are available at https://lv.usembassy.gov/wp-content/uploads/sites/58/ds11.pdf ;

https://lv.usembassy.gov/wp-content/uploads/sites/58/ds82.pdf; and

https://lv.usembassy.gov/wp-content/uploads/sites/58/ds5504.pdf.

48. Attached as **Exhibit 33** is a true and correct copy of U.S. Dep't of State, Bureau of Consular Affairs, *Travel.State.Gov – Passport Forms* (as of May 13, 2025), which also is available at https://perma.cc/X3R9-R5D8.

49. Attached as **Exhibit 34** is a true and correct copy of Ken Klippenstein (@KenKlippenstein), Substack (Feb. 10, 2025), which also is available at https://archive.ph/y3ndB.

50. Attached as **Exhibit 35** is a true and correct copy of Zweite Verordnung zur Durchführung des Gesetzes über die Änderung von Familiennamen und Vornamen [Second Decree Implementing the Law on the Alteration of Family and Personal Names], *Deutsches Reichsgesetzblatt. I* (decree issued by Nazi Minister of the Interior and Minister of Justice requiring Jews to adopt the name Israel for men and Sara for women), *reprinted in English translation in* Office of the United States Chief Counsel for Prosecution of Axis Criminality, *Nazi Aggression and Criminality Vol. IV* 185-88 (1946), which also is available at https://tile.loc.gov/storage-services/service/ll/llmlp/2011525363_NT_Nazi_Vol-IV/2011525363_NT_Nazi_Vol-IV.pdf.

51. Attached as **Exhibit 36** is a true and correct copy of U.S. Dep't of State, Bureau of Consular Affairs, *Travel.State.Gov – Before You Go – Lesbian, Gay, and Bisexual Travelers* (as of May 2, 2025), which also is available at https://perma.cc/NJ86-JJG6.

52. Attached as **Exhibit 37** is U.S. Dep't of State, Bureau of Consular Affairs, *Travel.State.Gov – Before You Go – LGBTQI+ Travelers* (as of Mar. 22, 2022), a true and correct copy of which is LGBTQI+ Travel Information.

53. Attached as **Exhibit 38** is a true and correct copy of Michael K. Lavers, *Transgender people removed from State Department travel page*, Washington Blade (Jan. 31, 2025), which also is available at https://perma.cc/6V4E-682G.

54. Attached as **Exhibit 39** is a true and correct copy of *White House: Proclamation from President Donald J. Trump on Women's History Month* (Mar. 6, 2025), which also is available at https://perma.cc/9628-W8KK.

55. Attached as **Exhibit 40** is a true and correct copy of Adam Serwer, *The Cruelty is the Point*, THE ATLANTIC (Oct. 3, 2018), which also is available at https://perma.cc/28TE-UTG3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 14, 2025.

                                                                     By:  */s/ Carl S. Charles*
                                                                             Carl S. Charles