# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ZANDER SCHLACTER; *et al.*, | |
| *Plaintiffs,* | |
| v. | Civil Action No. 1:25-CV-01344 |
| U.S. DEPARTMENT OF STATE; *et al.*, | |
| *Defendants.* | |

## EXPERT DECLARATION OF DEANNA ADKINS, M.D.

I, Deanna Adkins, M.D., hereby declare and state as follows:

1.     I am over 18 years of age, of sound mind, and in all respects competent to testify.

2.     I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation. The opinions expressed herein are my own and do not express the views or opinions of my employer.

3.     I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinion.

4.     The purpose of this declaration is to provide my expert opinions on: (1) the nature and medical understanding of sex and gender identity; (2) the scientific and medical inaccuracies of the government's contrived understanding of sex, gender, and gender identity, as reflected in Executive Order 14168, titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to The Federal Government," issued on January 20, 2025; (3) the nature and treatment of gender dysphoria; and (4) the importance for transgender people, including nonbinary people, to have access to identification documents that reflect their gender identity.

1

## BACKGROUND AND QUALIFICATIONS

5.    I received my medical degree from the Medical College of Georgia in 1997.  I served as the Fellowship Program Director of Pediatric Endocrinology at Duke University School of Medicine for 18 years and I am currently the Director of the Duke Center for Child and Adolescent Gender Care and Clinical Director of the Duke Gender Health and Wellness Program.

6.    I have been licensed to practice medicine in the state of North Carolina since 2001.

7.    I have extensive experience working with children with endocrine disorders, and I am an expert in the treatment of children with intersex traits, also known as differences or disorders of sex development, and in the treatment of adolescents with gender dysphoria.  I have been treating patients with gender dysphoria since 2013.

8.    I am a member of the American Academy of Pediatrics, the North Carolina Pediatric Society, the Pediatric Endocrine Society, and The Endocrine Society. I am also a member of the World Professional Association for Transgender Health ("WPATH"), the leading association of medical and mental health professionals in the treatment of transgender individuals.

9.    I am the founder of the Duke Center for Child and Adolescent Gender Care (the "Duke Gender Care Clinic"), which opened in 2015.  I currently serve as the director of the clinic. The Duke Gender Care Clinic sees patients between ages 5 and 22 with gender dysphoria and patients from birth to age 22 with differences or disorders of sex development ("DSDs").  I have been caring for these individuals in my routine practice for many years prior to opening the clinic.

10.    I am regularly called upon by colleagues to assist with the sex assignment of infants who are not immediately classified as male or female at birth due to a range of variables in which sex-related characteristics are not completely aligned as male or female.

11.    I have treated approximately 900 transgender and intersex young people from North Carolina and across the Southeast at the Duke Gender Care Clinic.

12.    As part of my practice, I stay familiar with the latest medical science and treatment protocols related to DSDs and gender dysphoria.

13.    In the past seven years, I have testified at deposition or trial as an expert in the following cases: *Voe v. Mansfield*, No. 1:23-cv-00864 (M.D.N.C. 2023 and 2024); *Brandt v. Rutledge*, No. 21-cv-00450 (D. Ark. 2021); *B.P.J. v. W. Va. State Bd. of Ed.*, No. 2:21-cv-00316 (S.D. W. Va. 2021); *Adams v. The School Board of St. Johns Cty., Florida*, No. 3:17-cv-00739-TJC-JBT (M.D. Fla. 2017).

14.    I am being compensated at an hourly rate of $250 per hour for preparation of expert declarations and reports, and $400 per hour for time spent preparing for or giving deposition or trial testimony. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

## BASES FOR OPINIONS

15.    I have collected and cite to relevant literature concerning the issues that arise in this litigation in the body of the declaration.

16.    In preparing this declaration, I reviewed Executive Order 14168, titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to The Federal Government," issued on January 20, 2025, as well as materials cited here within. I also relied on my scientific education and training, my research experience, my knowledge of the scientific literature in the pertinent fields, and my clinical experience treating adolescents with gender dysphoria, as set out in my curriculum vitae (**Exhibit A**).

17. The materials I have relied upon in preparing this declaration are the same types of materials that experts in my field regularly rely upon when forming opinions on these subjects.

18. I may wish to supplement these opinions or the bases for them as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

### SEX DEVELOPMENT, SEX ASSIGNMENT, AND BIOLOGICAL SEX CHARACTERISTICS

19. Sex-related characteristics include external genitalia, internal reproductive organs, gender identity, chromosomes, and secondary sex characteristics. These biological sex-related characteristics do not always align as completely male or completely female in a single individual. And none of these characteristics exists in a binary.

20. Sex development is a complex, multifaceted process that depends upon an individual's genetic information and physiological differentiation in response to hormone signals.

21. The first step in sex development occurs at fertilization when the sex chromosomes from the sperm and egg combine to determine the sex chromosome complement. The egg contributes an X chromosome, and the sperm contributes either an X or Y chromosome. For most, the resulting zygote will either be XX (typical female chromosomal sex) or XY (typical male chromosomal sex). For others, however, the resulting sex chromosomal makeup varies and can include XO (meaning only one X is present and no complementary chromosome from the other sperm or egg is passed, known as Turner Syndrome), XXY (known as (Klinefelter Syndrome), or some other variations like XXX, XXXX, or XXXY. The resulting sex chromosomal makeup will determine what physical and sex characteristics the infant will have.[1]

---

[1] Délot, E. C., & Vilain, E. (2021). Towards improved genetic diagnosis of human differences of sex development. *Nature reviews. Genetics*, *22*(9), 588–602.

22.    While a zygote has sex chromosomes, it does not have gonadal, hormonal, or anatomic sex characteristics, nor does it have a gender identity.

23.    The second step starts at six weeks of development when the gonads (which at this time are identical in infants with 46XX, 46XY, or other chromosomal makeup to one another) start to differentiate from one another.[2]

24.    The third step is when the gonads start secreting developmental signals and hormones and the internal and external genital tracts start to progress from the bipotential tract (meaning the tract could develop to male or female still) to the eventual final product.[3]

25.    There can be alterations from the typical development every step along the way from the gonad to testicle/ovary step. Alterations can occur with the internal Wolffian/Mullerian ducts to epididymis and vas deferens/uterus and fallopian tubes step as well; and from genital tubercle/fold/swellings to the penis/clitoris and scrotum/labia portion of development.

26.    Each step described above involves many genes/proteins/enzymes/signals to be functional for an infant to have what is considered typical male anatomy (for those with XY chromosomes) typical female anatomy (for those with XX chromosomes) internally *and* externally at birth and even more genes/proteins/enzymes/signals for an individual to have functional reproductive capacity at puberty.

27.    For example, the development of the internal genitourinary tract starts nonbinary with both sets of tubes needed to develop into the typical male and typical female tract. The primary driver of this differentiation is whether the gonad that has developed is secreting

---

[2] MacLaughlin, D. T., & Donahoe, P. K. (2004). Sex determination and differentiation. *The New England journal of medicine*, *350*(4), 367–378.

[3] Brennan, J., & Capel, B. (2004). One tissue, two fates: molecular genetic events that underlie testis versus ovary development. *Nature reviews. Genetics*, *5*(7), 509–521.

testosterone, and another hormone called antimullerian hormone (AMH) nearby or not. Testosterone secretion does not happen until the eighth week of gestation and thus all infants' internal and external genitalia will look the same up to this point. The testosterone secretion causes the typical male tubules to stabilize and the AMH causes the Mullerian structures (precursors to the typical female genital tract) to be reabsorbed.

28.    The external part of the genitourinary tract starts as the internal does with a nonbinary bipotential or undifferentiated genitals. The presence of dihydrotestosterone or estrogen in addition to several other signals are required for these external parts to develop.

29.    Testicle formation requires the presence of the SRY gene at a minimum. Even an infant with XX chromosomes who has the presence of an SRY gene can develop into an infant with testes and typical appearing male genitalia.

30.    Ovarian formation requires the absence of the SRY gene as well and the presence of genes for WNT4 and R spondin 1. These two are required for ovarian development to suppress a gene called SOX9 which leads to AMH secretion and the loss of the female internal structures. With SOX9 suppressed then the fallopian tubes and uterus form and the tubules that lead to the vas deferens and epididymis regress.[4]

31.    Proper timing of production of all these signals is key as well.

32.    All of this is to say that there are people in this world who have chromosomes that are 46XX who look typically male and there are people who have chromosomes that are 46XY and look typically female. However, there are many variations in between. The external genitalia can appear any number of ways and vary across a spectrum from typically male to typically female.

---

[4] Brennan, J., & Capel, B. (2004). One tissue, two fates: molecular genetic events that underlie testis versus ovary development. *Nature reviews. Genetics*, *5*(7), 509–521.

33.    When a child is born, we generally label infants as "male" or "female" based on observing their external genitalia at birth. This designation is then recorded and usually becomes the sex designation listed on the infant's birth certificate.

34.    Usually, though not always, a person's gender identity aligns with the sex designation at birth.

35.    As noted above, however, external genitalia are not always clearly identifiable as typically male or typically female. And external genitalia do not account for the full spectrum of sex-related characteristics nor are they alone a proxy for how we understand sex.

36.    For people who are transgender and people with differences of sex development (DSDs), there is not complete alignment between gender identity and physical sex-related characteristics.

37.    The terms "sex designated at birth" or "sex assigned at birth" are therefore more precise than the term "biological sex" because all of the physiological aspects of a person's sex are not always aligned with each other.

38.    As the Endocrine Society guidelines explain, the terms "[b]iological sex, biological male or female . . . are imprecise and should be avoided." Generally speaking, "[t]hese terms refer to physical aspects of maleness and femaleness [but] these may not be in line with each other (e.g., a person with XY chromosomes may have female-appearing genitalia)."[5]

---

[5] Hembree, Wiley C., et al., Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline, J Clin Endocrinol Metab, Vol. 102, Issue 11, 1 November 2017, 3869–3903.; Berenbaum S., et al., Effects on gender identity of prenatal androgens and genital appearance: Evidence from girls with congenital adrenal hyperplasia. J Clin Endocrinol Metab 2003; 88(3): 1102-6; Dittmann R, et al., Congenital adrenal hyperplasia. I: Gender-related behavior and attitudes in female patients and sisters. Psychoneuroendocrinology 1990; 15(5-6): 401-20; Cohen-Kettenis P. Gender change in 46,XY persons with 5alpha-reductase-2 deficiency and 17beta-hydroxysteroid dehydrogenase-3 deficiency. Arch Sex Behav 2005; 34(4): 399-410; Reiner W, Gearhart J. Discordant sexual

## DIFFERENCES IN SEX DEVELOPMENT

39.    In one out of every 1,000 live births, the infant's genitals are not typically male or female.

40.    For people with DSDs, sex assignment at birth can involve the evaluation of the chromosomes, the external genitalia, the internal genitalia, hormonal levels, and sometimes, specific genes. There are also cases in which the appearance of the external genitalia can change at puberty as well as variations in the appearance of secondary sex characteristics that may signal a difference in sex development in a person.

41.    When assignment of sex of an infant with a DSD is made at birth, that assignment is temporary until the individual can express their gender identity. In cases where the initial designation was incorrect, appropriate medical protocols instruct that the sex should be updated to align with the individual's gender identity. Similarly, if the sex designation of an infant without a DSD turns out to be inconsistent with the individual's gender identity, as for transgender people, the sex should be updated to align with the individual's gender identity.

42.    Where surgery has been done on children with DSDs before the child's understanding and expression of their gender identity, significant distress can result. Many of these children have had to endure further surgeries to reverse earlier surgical intervention because their gender identity did not match the initial sex designation.

43.    At least one out of every 300 people in the world has an intersex variation, meaning that the person's sex characteristic do not all align as typically male or typically female.

44.    Some examples of these variations include:

---

identity in some genetic males with cloacal exstrophy assigned to female sex at birth. N Engl J Med 2004; 350(4): 333-41.

- People with Complete Androgen Insensitivity (CAIS) have 46-XY chromosomes, and internal testes that produce testosterone, but do not have the tissue receptors that respond to testosterone or other androgens. The body, therefore, does not develop a penis, thicker facial hair, or other secondary sex characteristics more commonly associated with men. At birth, based on the appearance of the external genitalia, people with CAIS are generally assigned female. If their testes are left in place, the body will convert the hormones into estrogen. Many do not find out they have XY chromosomes or testes until they do not start menstruating at the expected age.

- Androgen Insensitivity can also be partial (known as PAIS). People with PAIS have XY chromosomes, testes, and some (but still lower than typical) response to testosterone. They may be born with genitals that appear like a typical penis, a typical vulva, or somewhere in between.

- People with Swyer Syndrome have XY chromosomes and "streak" gonads (gonadal tissue that did not develop into testes or ovaries). Externally, a child with Swyer Syndrome usually develops a vulva. Because their gonads do not produce hormones, they will not develop most secondary sex characteristics without hormone treatment.

- People with Klinefelter Syndrome have 47,XXY chromosomes and internal and external genitalia typically associated with males, however, their testicles may have reduced testosterone production. This may lead to breast development, low muscle mass and body hair, and infertility.

- People with Turner Syndrome have 45,XO chromosomes which means they have one fewer copy of the X chromosome than expected. In utero, they form sex characteristics typically associated with females, including internal structures like a uterus and fallopian tubes, but the ovaries may degenerate before birth (or in some cases, not until young adulthood), leading to an inability to make estrogen. Many people with Turner Syndrome will not go through puberty without hormone therapy.

- People with Mosaicism have different sets of chromosomes in different cells. Mosaic karyotypes happen as a result of atypical cell division early in embryonic development and could involve various combinations among XX, XY, XO, XXY, and other chromosome patterns. Configuration of gonadal tissue, genitals, and hormone production and response can all vary.

- People with ovotestes (sometimes known as Ovotesticular DSD) have gonads that contain both ovarian and testicular tissue. Their chromosomes may be XX, XY, or Mosaic. Genital appearance at birth can be male-typical, female-typical, or something else.

- Congenital Adrenal Hyperplasia (CAH) can occur in people with XX or XY chromosomes. People with CAH and 46,XX chromosomes have ovaries, a uterus, and a higher-than-typical production of androgens in utero that can lead to the development of genital differences at birth – such as an enlarged clitoris that may look like a penis, or the lack of a vaginal opening. CAH can also cause the development of typically masculine features like increased muscle mass and body hair.

- People with 5-alpha reductase deficiency (5-ARD) have XY chromosomes, but they have an enzyme deficiency that inhibits conversion of testosterone to dihydrotestosterone (the active form of testosterone) to varying degrees. This can impact genital development, and at birth, people with 5-ARD may have genitals that appear female-typical, neither male-typical nor female-typical, or mostly male-typical with differences like hypospadias (where the urethra is located somewhere other than the tip of the penis). During puberty, hormonal changes allow them to make more dihydrotestosterone, causing the development of some secondary sex characteristics typically associated with males, as well as genital masculinization.

45.    In addition, external genitalia can appear any number of ways and vary across a spectrum from typically male to typically female. The standard scale used to describe these variations in genitalia is called the Prader scale.[6]

46.    The internal reproductive tract can have many configurations including having testes and typical female external genitalia and may or may not have a uterus or vagina.

47.    The table below (from Sarma, 2022 and titled "The aetiological classification of DSD") provides a noncomprehensive list of different variations in human reproductive tract development.[7] There are at least 48 more variations known and documented in OMIM (Online Mendelian Inheritance in Man).

---

[6] White, P. C., & Speiser, P. W. (2000). Congenital adrenal hyperplasia due to 21-hydroxylase deficiency. *Endocrine reviews*, *21*(3), 245–291.

[7] Sarma, V.P. A review of the essential concepts in diagnosis, therapy, and gender assignment in disorders of sexual development. *Ann Pediatr Surg* 18, 13 (2022).

| Etiology | Type | Subtypes |
|---|---|---|
| **A. Sex chromosomal DSD** | | |
| | Turner's syndrome, XO | Variants |
| | Klinefelter's syndrome, XXY | Variants |
| | Mixed gonadal dysgenesis, XO/XY | |
| | Ovotesticular DSD, XX/XY | |
| | SR + 46 XX testicular DSD | |
| **B. Disorders of gonadal development** | | |
| | 46 XY complete gonadal dysgenesis | |
| | 46 XY partial gonadal dysgenesis | |
| | 46 XY ovotesticular DSD | |
| | Testicular regression syndrome | |
| | 46 XX pure gonadal dysgenesis | |
| | 46 XX ovotesticular DSD | |
| **C. Abnormalities in phenotypic sex secondary to hormonal defects** | | |
| **a. 46 XY DSD** | *Defects in androgen synthesis* | Leydig cell hypoplasia, testosterone biosynthesis defects, 5-alpha reductase deficiency |
| | *Defect in androgen action* | Androgen insensitivity syndrome (complete/partial) |
| | *Defect in AMH synthesis or action* | Persistent Mullerian duct syndrome |
| **b. 46 XX DSD** | *Disorders of genital development due to androgen excess* | |
| | 1. Fetal origin | Congenital adrenal hyperplasia (CYP21A2 deficiency, CYP11B1 deficiency, etc.) |
| | 2. Fetoplacental origin | Aromatase deficiency, androgen secreting tumors |
| | 3. Maternal origin | Drugs/virilizing tumors |
| **D. Primary endocrine abnormalities** | | |
| | *Central endocrine dysfunction* | Congenital hypogonadotropic hypogonadism, pan-hypopituitarism |
| **E. Malformation syndromes** | *Associated with external genital anomalies* | Persistent Cloaca, cloacal exstrophy, MRKH syndrome/Mullerian agenesis, vaginal atresia |

48.    As the examples above underscore, from a medical perspective, chromosomes, reproductive anatomy, and endogenous hormones alone do not determine a person's sex, nor does a single sex-related characteristic.

49.    Indeed, in infants with sex-characteristics associated with both males and females, if an assignment is made that later conflicts with gender identity, then the only appropriate medical course is to correct the misassignment of the individual's sex to align with gender identity.

## GENDER IDENTITY

50.    A person's gender identity refers to a person's core understanding of belonging to a particular gender.

51.     Although the precise origin of gender identity is unknown, a person's gender identity is a fundamental aspect of human development and there is a general medical consensus that there are significant biological roots to gender identity.

52.     Everyone has a gender identity.

53.     Most people have a gender identity that aligns with the sex they are designated at birth based on their external genitalia. People whose sex designated at birth aligns with their gender identity are cisgender.

54.     A transgender person is someone who has a gender identity that differs from the person's sex designated at birth.

55.     A nonbinary person is someone whose gender identity does not fit within a binary gender classification as male or female.[8] Because a nonbinary person's gender identity is incongruent with their sex designated at birth, nonbinary people fall within the definition of transgender.

56.     A person's gender identity (regardless of whether they are transgender or cisgender) cannot be changed voluntarily or by external forces and is not undermined or altered by the existence of other sex-related characteristics that do not align with it.[9]

## RESPONSES TO EXECUTIVE ORDER 14168

57.     Executive Order presents a simplistic and scientifically and medically inaccurate notion of sex. As previously discussed, there are many ways in which people can and do present with variations in their sex characteristics such that they do not fit into the typical notions of male

---

[8] Endocrine Society and Pediatric Endocrine Society, *Transgender Health: Meeting Patient Needs Through Research and Improved Access to Care*, https://www.endocrine.org/-/media/endocrine/files/advocacy/documents/transgender_health_minors_fact_sheet.pdf.

[9] Endocrine Guideline at 3874.

or female. At birth there are many individuals for which it is not clear which category to put them in, when forced to choose from only the categories of male and female.

58.     In addition, there are many people who have gender identities that fall outside the typical notions of male or female.  Numerous cultures have long acknowledged gender identities beyond male and female, including in Japan (the Wakashu), India (the Hijras), as well as in some Native American tribal nations (Two Spirit people).[10]

59.     In addition, some parents of infants with differences of sex development choose not to assign a gender, and instead raise their children without any expectations based on the sex they were assigned at birth until they can speak for themselves.

60.     For example, there are patients who have congenital adrenal hyperplasia (described above) who are quite virilized (developed external male anatomy) due to this condition causing their adrenal glands to make very high amounts of testosterone and other male hormones that change the pathway of the development of the external reproductive parts. These individuals most often have typical female internal structures including a uterus and ovaries. They can go through female puberty and ovulate and have menses.  So this person can be reared as and identify as male and yet still produce "the large reproductive cell."

61.     Deconstructing what is a normally formed penis and scrotum in this patient to make them fit into the box of female has not been shown to result in female behavior or identification in adults. Many individuals who have had these surgeries performed on them in infancy have been

---

[10] *See*, *e.g.*, Scott de Groot, What Is Two-Spirit? Part One: Origins, Canadiam Museum for Human Rights (Mar. 26, 2024), https://humanrights.ca/story/what-two-spirit-part-one-origins; Kristofer Rhude, Harvard Divinity School, The Third Gender and Hijras (2018), https://rpl.hds.harvard.edu/religion-context/case-studies/gender/third-gender-and-hijras; Royal Ontario Museum, A Third Gender: Beautiful Youths in Japanese Prints (2016), https://www.rom.on.ca/whats-on/exhibitions/third-gender-beautiful-youths-japanese-prints.

very unhappy with these results and would not have chosen this path if given a chance to make that choice when they were older. While we do not know with certainty what the effect of higher levels of male hormones during fetal development do to the brain and how this may affect a person's understanding of their gender identity, *i.e.*, whether they are male or female, there is evidence that more exposure to higher levels of male hormones during fetal development lead to a higher likelihood of identifying as male as an adult.

62.    Under the simplistic and inaccurate definition of sex contained in EO 14168, this patient with CAH would be considered a female. However, they have a penis and scrotum and make high levels of testosterone and often identify as male. When forced into a female body through surgical intervention or rearing, many have committed suicide and/or struggled with mental health issues. Some have gone so far has to have their penis reconstructed in adulthood.

63.    Another example of a group in which it is problematic to determine what sex and gender to assign at birth, thereby illustrating how EO 14168's definitions are inaccurate and fail to account for "biological reality," are those with ovotesticular DSD. These individuals can have both ovarian and testicular tissue. "This is characterized by ambiguity of genitalia or severe hypospadias (misplace urinary opening) at birth, with secondary sexual changes at puberty, corresponding to the relative predominance of ovarian/testicular tissue. The management depends on the age at diagnosis and anatomical differentiation. Either sex assignment is appropriate when the diagnosis is made early, prior to definition of gender identity. The sex of rearing should be decided considering the potential for fertility, based on gonadal differentiation and genital development. It should be ensured that the genitalia are, or can be made, consistent with the chosen

sex."[11] These individuals could produce both eggs ("the large reproductive cell" presumably) and sperm ("the small reproductive cell" presumably).

64.    In these patients, a sex is chosen at birth by a multidisciplinary team and the parents based on a number of factors, including, among others, the precise diagnosis, the understanding of the issues in psychosexual development in DSD, specific outcome data, and the decision making of the patients and their families.[12]

65.    A recent meta-analysis of the available data on gender identity in people with differences of sex development overall showed that 13 to 17 percent of individuals with DSDs did not feel that their sex assignment matched their identity. However, when split out by diagnosis and sex assignment, the presence of gender identity disorder (the prior diagnosis before gender dysphoria under the DSM) ranged from 0 to 54 percent. This demonstrates that despite our best efforts at assigning the sex of an individual at birth that will match their future identity, many are dissatisfied as adults and feel that they were assigned incorrectly. Although this article suggests some trends in gender identity based on diagnosis, it also shows just how difficult it can be to predict at birth what gender a child with a difference of sex development may have as an adult.[13]

66.    In sum, it is no simple task to determine the sex of an individual, much less which gender to recommend that the family raise their infants as (if any). Ultimately, every individual possesses a gender identity, which is most important to the psychological well-being of the individual as an adult to match.

---

[11] Sarma, 2022, *supra.*

[12] Sarma, 2022, *supra.*

[13] Babu, R., & Shah, U. (2021). Gender identity disorder (GID) in adolescents and adults with differences of sex development (DSD): A systematic review and meta-analysis. *Journal of pediatric urology, 17*(1), 39–47.

## TREATMENT PROTOCOLS FOR GENDER DYSPHORIA

67.     For some people, the misalignment between their gender identity and the sex they are assigned at birth can create significant distress, known as gender dysphoria.

68.     In the American Psychiatric Association's Diagnostic & Statistical Manual of Mental Disorders ("DSM-5"), "gender dysphoria" is the diagnostic term for the condition where clinically significant distress results from the lack of congruence between a person's gender identity and the sex they were designated at birth. In order to be diagnosed with gender dysphoria, the incongruence must have persisted for at least six months and be accompanied by clinically significant distress or impairment in social, occupational, or other important areas of functioning. There are two separate diagnoses for gender dysphoria, one for gender dysphoria in childhood and the other for gender dysphoria in adolescence and adulthood.

69.     Being transgender is not itself a mental disorder or a medical condition to be cured. But gender dysphoria is a serious medical condition that, if left untreated, can result in severe anxiety and depression, self-harm, and suicidality.[14]

70.     Before receiving treatment, many individuals with gender dysphoria have high rates of anxiety, depression and suicidal ideation. I have seen in my patients that without appropriate treatment this distress impacts every aspect of life.

71.     When appropriately treated, gender dysphoria can be effectively managed. I have treated and continue to treat hundreds of transgender patients. All of my patients who have

---

[14] Spack NP, Edwards-Leeper L, Feldmain HA, et al. Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics*. 2012; 129(3):418-425. Olson KR, Durwood L, DeMeules M, McLaughlin KA. Mental health of transgender children who are supported in their identities. *Pediatrics*. 2016; 137:1-8.

received medical treatment for gender dysphoria have benefitted from clinically appropriate treatment.

72.    The Endocrine Society and WPATH have published widely accepted guidelines for treating gender dysphoria, which are based on scientific research and clinical experience and represent the best evidence-based practice guidelines available for treating this condition: (i) The WPATH Standards of Care for the Health of Transgender and Gender Diverse People, Version 8 (SOC 8),[15] and (ii) the Endocrine Society Clinical Practice Guideline for Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons (the "Endocrine Society Guideline").[16] These guidelines have been endorsed by the American Academy of Pediatrics ("AAP").[17] WPATH is the leading association of medical and mental health professionals with expertise in the treatment of transgender individuals. The AAP is an association representing more than 67,000 pediatricians. The Endocrine Society is an organization representing more than 18,000 endocrinologists. These groups represent the largest professional associations in these fields of medicine in the United States.

---

[15] Coleman, E., *et al.* Standards of Care for the Health of Transgender and Gender Diverse People, Version 8, International Journal of Transgender Health, 23:sup1, S1-S259, DOI: 10.1080/26895269.2022.2100644. *Available at* https://doi.org/10.1080/26895269.2022.2100644 (hereafter, "WPATH SOC 8").

[16] Hembree, W.C., Cohen-Kettenis, P.T., Gooren, L., *et al.* Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *The Journal of Clinical Endocrinology & Metabolism.* 2017; 102(11):3869- 3903 (hereafter, "Endocrine Society Guideline").

[17] *See, e.g.*, Rafferty, J., Committee on Psychosocial Aspects of Child and Family Health, Committee on Adolescence and Section on Lesbian, Gay, Bisexual, & Transgender Health and Wellness. Policy Statement: Ensuring Comprehensive Care and Support for Transgender and Gender Diverse Children and Adolescents. Pediatrics. 2018; 142(4):2018-2162, at *6. *Available at*: https://pediatrics.aappublications.org/content/142/4/e20182162.

18

73.    The precise treatment for gender dysphoria depends on each person's individualized needs, and the care recommended by the medical standards of care differ depending on whether the treatment is for a pre-pubertal child, an adolescent, or an adult.

74.    Treatment for gender dysphoria is aimed at eliminating the clinically significant distress a patient experiences by helping the patient live in alignment with their gender identity. This treatment is sometimes referred to as "gender transition," "transition-related care," or "gender-affirming care."

75.    All major medical professional groups in the United States agree that this care is safe, effective, and medically necessary treatment when clinically indicated for the health and wellbeing of children and adolescents suffering from gender dysphoria.[18]

76.    The Endocrine Society Guideline was developed through a rigorous scientific process that "followed the approach recommended by the Grading of Recommendations, Assessment, Development, and Evaluation group, an international group with expertise in the development and implementation of evidence-based guidelines."[19] The Endocrine Society

---

[18] Rafferty, J., Committee on Psychosocial Aspects of Child and Family Health, Committee on Adolescence and Section on Lesbian, Gay, Bisexual, & Transgender Health and Wellness. Policy Statement: Ensuring Comprehensive Care and Support for Transgender and Gender Diverse Children and Adolescents. *Pediatrics.* 2018; 142(4):2018-2162. *Available at*: https://pediatrics.aappublications.org/content/142/4/e20182162; Beers, L.S. American Academy of Pediatrics Speaks Out Against Bills Harming Transgender Youth. *American Academy of Pediatrics.* 2021. *Available at*: https://services.aap.org/en/news-room/news-releases/aap/2021/american-academy-of-pediatrics-speaks-out-against-bills-harming-transgender-youth/; AACAP Statement Responding to Efforts to Ban Evidence-Based Care for Transgender and Gender Diverse Youth. *American Academy of Child & Adolescent Psychiatry.* 2019. *Available at*: https://www.aacap.org/AACAP/Latest_News/AACAP_Statement_Responding_to_Effort s-to_ban_Evidence-Based_Care_for_Transgender_and_Gender_Diverse.aspx; State Advocacy Update. American Medical Association. 2021. *Available at*: https://www.ama-assn.org/health-care-advocacy/advocacy-update/march-26-2021-state-advocacy-update.

[19] Endocrine Society Guideline at 3872.

Guideline instructs clinicians that patients with gender dysphoria often benefit from treatment with "a safe and effective hormone regimen that will (1) suppress endogenous sex hormone secretion determined by the person's genetic/gonadal sex and (2) maintain sex hormone levels within the normal range for the person's affirmed gender."[20]

77.     The Endocrine Society Guideline for treatment of gender dysphoria is comparable to other clinical practice guidelines that I follow as a pediatric endocrinologist to treat other medical conditions such as those practice guidelines for Congenital Adrenal Hyperplasia (CAH) and Polycystic Ovary Syndrome (PCOS). These guidelines represent best practices for clinical management of various endocrine conditions based on the best available evidence, which is of similar quality to the evidence supporting the guidelines for treatment of gender dysphoria.

78.     Treatment for gender dysphoria may involve social transition, hormone treatment, and/or gender-affirming surgery. The goal of treatment for gender dysphoria is to bring a person's social interactions, appearance, and body into greater alignment with the person's gender identity, thereby alleviating the distress associated with gender dysphoria. These treatments for gender dysphoria often result in significant improvement in the quality of life and health and wellbeing of transgender persons. As with all medical care, what steps a transgender person takes to transition and to treat their gender dysphoria depends on the person's individualized needs.

79.     Social transition refers to efforts a person may undertake to live and be socially recognized in accordance with their gender identity. This can include wearing clothing that aligns with their gender identity, grooming habits, using new or different names and pronouns, and

---

[20] Endocrine Society Guideline at 3869.

obtaining identity documents that align with their gender identity. Social transition is a critical part of treatment of patients with gender dysphoria of all ages.

80.    A key aspect of social transition is having one's identity documentation match their gender identity. Accordingly, many transgender people legally change their names as part of their transition and amend the gender marker in their driver's license, passport, birth certificate, or school or work ID. This allows the transgender person to be recognized and perceived in a manner that aligns with their gender identity.

81.    Under the Endocrine Society Clinical Guidelines, for some older transgender adolescents and transgender adults, it may be medically necessary and appropriate to provide gender-affirming hormone therapy. For women and girls who are transgender, this means administering both testosterone suppressing treatment as well as estrogen to initiate hormonal puberty consistent with the patient's female gender identity. For men and boys who are transgender, this means administering testosterone. Hormone therapy with estrogen or testosterone helps a person develop secondary sex characteristics consistent with their gender identity.

82.    Hormone therapy and social transition can significantly change a transgender person's physical appearance. For example, men and boys who are transgender and undergo hormone treatment, will receive the same amount of testosterone that non-transgender men and boys generate with their testes. They will grow darker and thicker facial and body hair, experience fat distribution away from the hips, have decreased breast growth, and develop lower vocal pitch. Likewise, women and girls who are transgender and undergo hormone treatment will receive the same amount of estrogen that non-transgender girls generate endogenously. They will develop

21

breast tissue, fat will be distributed to their hips, their skin will soften, and their vocal pitch will not deepen further.

83.      In addition, for many patients, social transition and hormone therapy are sufficient forms of treatment for gender dysphoria. Others also need one or more forms of surgical treatment to alleviate gender dysphoria. As with hormone therapy, these surgical interventions are meant to align the transgender person's body and appearance with their gender identity.

84.      Ultimately, the goal of gender transition as treatment for gender dysphoria is to alleviate the distress the person experiences as a result of the incongruence between their gender identity and sex assigned at birth. It undermines this treatment and in particular social transition – a critical part of gender dysphoria treatment – to force a person with gender dysphoria to live in a manner that does not align with the person's gender identity.

## CONCLUSION

85.      For individuals with gender dysphoria and individuals with differences of sex development, gender identity is the only appropriate determinant of sex when sex assignment as male or female is necessary for social and legal purposes. It would be unethical and extremely harmful to, for example, force a man with congenital adrenal hyperplasia, discussed above, to be classified as a woman for all legal and social purposes simply because he was classified as female at birth. Likewise, it would be unethical and extremely harmful to force a man who has gender dysphoria to be classified as female for all social and legal purposes simply because he was assigned female at birth.

86.      As the examples discussed herein illustrate, "biological sex" is not an accurate or useful medical term with respect to individuals whose sex-related characteristics are not in alignment with each other. Rather, a critical and medically appropriate determinant of sex is gender identity and should be treated as such.

22

I declare under penalty of perjury under the laws of the United States of America that

the foregoing is true and correct.

Dated this ___ of May 2025.

Deanna Adkins, MD

23

# EXHIBIT A

DUKE UNIVERSITY MEDICAL CENTER

CURRICULUM VITAE

Date Prepared: May 1, 2025

| | |
|---|---|
| Name: | Deanna Adkins, BS, MD |
| | |
| Primary Academic Appointment: | Associate Professor of Pediatrics, Career Track |
| | |
| Primary Academic Department : | Pediatrics |
| | |
| Secondary Appointment : | n/a |
| | |
| Present Academic Rank and Title : | Associate Professor |
| | |
| Date and Rank of First Duke Faculty Appointment: | July 1, 2004 Clinical Associate |
| | |
| Medical Licensure: | Since March 15, 2001 |
| License #: | 200100207 NC |
| Date: | 06/29/2025 expires |
| | |
| Specialty Certification(s) and Dates: | 10/16/2001-2018 General Pediatrics 8/18/2003 and current-Pediatric Endocrinology |
| | |

| Education | Institution | Date (Year) | Degree |
|---|---|---|---|
| | | | |
| High School | Tift County High School | 1988 | Graduated with High Honors |
| | | | |
| College | Georgia Institute of Technology | 1993 | BS Applied Biology/Genetics High Honors |
| | | | |
| Graduate or Professional School | Medical College of Georgia | 1997 | MD |

**Professional Training and Academic Career**

| Institution | Position/Title | Dates |
|---|---|---|
| University of North Carolina Hospitals, Chapel Hill, North Carolina | Pediatrics Resident | 1997-2000 |
| University of North Carolina Hospitals, Chapel Hill, North Carolina | Pediatric Endocrine Fellow | 2000-2004 |
| Duke University Medical Center, Durham, North Carolina | Clinical Associate/Medical Instructor | 2004-2008 |
| Duke University Medical Center, Durham, North Carolina | Assistant Professor Track IV | 2008-2020 |
| Duke University Medical Center, Durham, North Carolina | Fellowship Program Director Pediatric Endocrinology- Associate PD- | 2008-2010 & 2014-12/2019 2010-2014 |
| Duke University Medical Center, Durham, North Carolina | Director Duke Child and Adolescent Gender Care Clinic | July 2015-present |
| Duke University Medical Center, Durham, North Carolina | Medical Director-Duke Children's Specialty of Raleigh | 3/2017-1/2022 |
| Duke University Medical Center, Durham, North Carolina | Associate Professor Pediatrics | 1/2020-present |
| Duke University Medical Center, Durham, North Carolina | Co-Clinical Lead Duke Sexual and Gender Wellness Program | 10/2021-present |

**Publications**
Refereed Journals

Original Manuscripts:

1. Zeger M, **Adkins D**, Fordham LA, White KE, Schoenau E, Rauch F, Loechner KJ. " Hypophosphatemic rickets in opsismodysplasia," J Pediatr Endocrinol Metab. 2007 Jan;20(1):79-86. PMID: 17315533

2. Worley G, Crissman BG, Cadogan E, Milleson C, **Adkins DW**, Kishnani PS "Down Syndrome Disintegrative Disorder: New-Onset Autistic Regression, Dementia, and Insomnia in Older Children and Adolescents With Down Syndrome". J Child Neurol. 2015 Aug;30(9):1147-52. doi: 10.1177/0883073814554654. Epub 2014 Nov 3.PMID:25367918

3. Tejwani R, Jiang R, Wolf S, **Adkins DW**, Young BJ, Alkazemi M, Wiener JS, Pomann GM, Purves JT, Routh JC**,**" Contemporary Demographic, Treatment, and Geographic Distribution Patterns for Disorders of Sex Development".Clin Pediatr (Phila). 2017 Jul 1:9922817722013. doi: 10.1177/0009922817722013. PMID:28758411

4. Lapinski J1, Covas T2, Perkins JM3, Russell K4, **Adkins D** 5, Coffigny MC6, Hull S7. "Best Practices in Transgender Health: A Clinician's GuidePrim Care". 2018 Dec;45(4):687-703. doi: 10.1016/j.pop.2018.07.007. Epub 2018 Oct 5. PMID: 30401350 DOI: 10.1016/j.pop.2018.07.007

5. Paula Trief, Nicole Foster, Naomi Chaytor, Marisa Hilliard, Julie Kittelsrud, Sarah Jaser, Shideh Majidi, Sarah Corathers, Suzan Bzdick, **Adkins DW**, Ruth Weinstock; "Longitudinal Changes in Depression Symptoms and Glycemia in Adults with Type 1 Diabetes", Diabetes Care; 2019 Jul;42(7):1194-1201. doi: 10.2337/dc18-2441. Epub 2019 May; PMID: 31221694

6. Mann, Courtney M., Kristen Russell, Alexy Hernandez, Nicole Lucas, Erik Savereide, Dane R. Whicker, **Deanna W. Adkins**, Nancy L. Zucker, Raye Dooley, and Bryce B. Reeve. "Concept elicitation for the development of quality measures in transgender health.**"** In *Quality of Life Research*, 28:S104–S104. SPRINGER, 2019.

7. M. Hassan Alkazemi, MD, MS, Leigh Nicholl, MS, Ashley W. Johnston, MD, Steven Wolf, MS, Gina-Maria Pomann, PhD, Diane Meglin, MSW, **Deanna Adkins, MD**, Jonathan C. Routh, MD, MPH; Community Perspectives on Difference of Sex Development (DSD) Diagnoses: a Crowdsourced Survey, 2020 Jun;16(3):384.e1-384.e8. doi: 10.1016/j.jpurol.2020.03.023. Epub 2020 Apr 27.PMID: 32409277

8.  McGuire H, Frey L, Woodcock LR, Dake E, Carl A, Matthews D, Russell K, **Adkins DA** "Differences in Patient and Parent Informant Reports of Depression and Anxiety Symptoms in a Clinical Sample of Transgender and Gender Diverse Youth" LGBT Health 2021-LGBT Health. Aug-Sep 2021;8(6):404-411. doi: 10.1089/lgbt.2020.0478. Epub 2021 Aug 12 34388043

9.  Raisin JA, **Adkins D**, Schwartz SB. Understanding and Caring for LGBTQ+ Youth by the Oral Health Care Provider. Dent Clin North Am. 2021 Oct;65(4):705-717. doi: 10.1016/j.cden.2021.06.007. Epub 2021 Jul 30. PMID: 34503662.

10. Lund, Amanda, Russell, Kristen, **Adkins, Deanna**, Simmons, Virginia C., Simulation-Based Teaching to Improve Perioperative Care of Transgender Patients. Clinical Simulation in Nursing Volume 66, May 2022, Pages 76-84

11. Raisin, Joshua A., Martha Ann Keels, Michael W. Roberts, Kimon Divaris, Nina Jain, and **Deanna W. Adkins**. "Barriers to oral health care for transgender and gender nonbinary populations." *J Am Dent Assoc* 154, no. 5 (May 2023): 384-392.e4. https://doi.org/10.1016/j.adaj.2023.02.009.

12. Rasbach L, Purrington G, **Adkins D**, Benjamin R. Innovations: Using telemedicine to improve care of predominantly non-white youth with suboptimal insulin dependent diabetes control. Diabetes Res Clin Pract. *2024 Apr;210:111613. doi: 10.1016/j.diabres.2024.111613. Epub 2024 Mar 12. PMID: 38484984.*

13. Parsons, D, **Adkins, D,** Blew K, Wittstein J; Expert Care of Adolescent Transgender Athletes *Sports Medicine and Arthroscopy 2025*

14. Blew, MD[(a)]; Katha Desai, MS[(b)]; Kristen Russell, MSW[(c)]; Alexandra Stonehill, MPH[(b)]; Jessica Lunsford-Avery, PhD[(d)]; Sujay Kansagra, MD[(e)]; Pinar Gumus Balikcioglu, MD, MHSc[(a,f)]; **Deanna Adkins, MD**[(a] Sleep disturbances and associated health and psychosocial risk factors for impaired sleep in adolescents who identify as transgender/non-binary; Manuscript in review

15. Lisa Rasbach PhD CPNP BC-ADM[a], Ginna Purrington RN CDCES[a], **Deanna Adkins**, MD[a], Olga Gupta, MD[a], Robert Benjamin, MD[a]  TRY: Telehealth to support diabetes technology adoption in at risk youth (final edits before submission)

16. Kathryn Blew, MD[1], Rachel Modarelli, MD[2], Sara Duffus, MD[3], **Deanna Adkins, MD[4]**

Newborn screening of the endocrine system: Best practices for evaluation of hypothyroidism and congenital adrenal hyperplasia (invited publication submitted not published yet)

<u>Non Author publications</u>

1. Turner DA, Curran ML, Myers A, Hsu DC, Kesselheim JC, Carraccio CL and the Steering Committee of the Subspecialty Pediatrics Investigator Network (SPIN).  Validity of Level of Supervision Scales for Assessing Pediatric Fellows on the Common Pediatric Subspecialty Entrustable Professional Activities. *Acad Med*. 2017 Jul 11. doi: 10.1097/ACM.0000000000001820 PMID:28700462

2. Mink R, Carraccio C, High P, Dammann C, McGann K, Kesselheim J, Herman B. Creating the Subspecialty Pediatrics Investigator Network (SPIN). Creating the Subspecialty Pediatrics Investigator Network Richard Mink, MD, MACM1, Alan Schwartz, PhD2, Carol Carraccio, MD, MA3, Pamela High, MD4, Christiane Dammann, MD5, Kathleen A. McGann, MD6, Jennifer Kesselheim, MD, EdM7, J Peds 2018 Jan;192:3-4.e2. PMID: 29246355 DOI: 10.1016/j.jpeds.2017.09.079

3. Erratum 2018. PMID: 29246355 DOI: <u>10.1016/j.jpeds.2017.09.079</u>

4. <u>Mink RB</u>[1], <u>Myers AL</u>, <u>Turner DA</u>, <u>Carraccio CL</u>. Competencies, Milestones, and a Level of Supervision Scale for Entrustable Professional Activities for Scholarship. <u>Acad Med.</u> 2018 Jul 10. doi: 10.1097/ACM.0000000000002353. [Epub ahead of print] PMID: 29995669 DOI:<u>10.1097/ACM.0000000000002353</u> Mink RB, Schwartz A, Herman BE,

<u>Editorials</u>

a. Editorial Charlotte News and Observer-"**NC pediatric specialists say HB2 'flawed' and 'harmful,' call for repeal**"; April 18, 2016; authors: Deanna Adkins, Ali Calikoglu, Nina Jain, Michael Freemark, Nancie MacIver, Robert Benjamin, Beth Sandberg, etc.

b. Editorial Raleigh News and Observer-"**Beverly Gray: Repeal HB2**" May 2016: authors Beverly Gray, Deanna Adkins, Judy Sidenstein, Jonathan Routh, Haywood Brown, Clayton Afonso, William Meyer, Kristen Russell, Caroline Duke, Nancy Zucker, Kevin Weinfurt, Jennifer St. Claire, Angela Annas, Katherine Keitcher

<u>Chapters in Books</u>

1. Endocrinology Chapter writer and editor in **Fetal and Neonatal Physiology for the Advanced Practice Nurse**; Editors: Amy Jnah DNP, NNP-BC, Andrea Nicole Trembath

MD, MPH, FAAP. December 21, 2018 ISBN-10 0826157319

2. Chapter in **Dental Clinics of North America Adolescent Oral Health Edition** Understanding and Caring for LGBTQ+ Youth for the Oral Health Care Provider; Authors Joshua Raisin, DDS, Deanna Adkins MD, Scott B. Schwartz, DDS, MPH.. 2021 Oct;65(4):705-717. doi: 10.1016/j.cden.2021.06.007. Epub 2021 Jul 30.

3. Intersex Identity and Gender Assignment; **Encyclopedia of Adolescent Health**; Editor Brian Eichner, MD; Author Deanna Adkins MD 2021-

Selected Abstracts:

1. Redding-Lallinger RC, **Adkins DW,** Gray N: The use of diaries in the study of priapism in sickle cell disease. Poster Abstract in Blood November 2003
2. **Adkins, D.W.** and Calikoglu, A.S.:  Delayed puberty due to isolated FSH deficiency in a male.  Pediatric Research Suppl. 51:  Abstract #690. page 118A, 2004
3. Zeger, M.P.D**., Adkins, D.W.,** White, K., Loechner, K.L.: Opsismodysplasia and Hypophosphatemic Rickets. Pediatric Research Suppl.-from PAS 2005
4. Kellee M. Miller[1], David M. Maahs[2], **Deanna W. Adkins[3]**, Sureka Bollepalli[4], Larry A. Fox[5], Joanne M. Hathway[6], Andrea K. Steck[2], Roy W. Beck[1] and Maria J. Redondo[7] for the T1D Exchange Clinic Network; Twins Concordant for Type 1 Diabetes in the T1D Exchange -poster at ADA scientific sessions 6/2014
5. Laura Page, MD; Benjamin Mouser, MD; Kelly Mason, MD; Richard L. Auten, MD; **Deanna Adkins, MD** CHOLESTEROL SUPPLEMENTATION IN SMITH-LEMLI-OPITZ: A Case of Treatment During Neonatal Critical Illness; - poster   06/2014
6. Lydia Snyder**, MD, Deanna Adkins, MD,** Ali Calikoglu, MD; Celiac Disease and Type 1 Diabetes: Evening of Scholarship UNC  Chapel Hill 3/2015 poster
7. **Deanna W. Adkins, MD,** Kristen Russell, LCSW, Dane Whicker, PhD, Nancy Zucker, Ph. D**:** Departments of Pediatrics and Psychiatry, Duke University Medical Center*;* Evaluation of Eating Disturbance and Body Image Disturbance in the Trans Youth Population; WPATH International Scientific Meeting June 2016; Amsterdam, The Netherlands
8. Rohit Tejwani**, Deanna Adkins,** Brian J. Young, Muhammad H. Alkazemi,Steven Wolf[3], John S. Wiener, J. Todd Purves, and Jonathan C. Routh; Contemporary Demographic and Treatment Patterns for Newborns Diagnosed with Disorders of Sex Development; Poster presentation at AUA meeting 2016
9. S.A. Johnson, **D.W. Adkins,** Case Report: The Co-diagnosis of Hypopituitarism with Klinefelter in a patient with short stature; Pediatric Academic Society Meeting 2018
10. Lapinski J, Dooley R, Russell K, Whicker D, Gray, B**, Adkins DW; Title:** Developing a Pediatric Gender Care Clinic at a Major Medical Setting in the South; Workshop Philadelphia Trans Wellness Conference 2018
11. Jessica Lapinski, DO, **Deanna Adkins, MD**, Tiffany Covas, MD, MPH, Kristen Russell, MSW, LCSW; An Interdisciplinary Approach to Full Spectrum Transgender Care; WPATH Conference Buenos Aires, Argentina, November 3, 2018
12. Leigh Spivey, MS, Nancy Zucker, PhD, Erik Severiede, B.S., Kristen Russell, LCSW, **Deanna Adkins, MD**; USPATH Washington, DC Sept. 2019. Platform presentation;

"Psychological Distress Among Clinically Referred Transgender Adolescents: A latent Profile Analysis"

13. Lisa Rasbach, PhD, CPNP, BC-ADM; Virginia Purrington, BSN, RN, CDCES; **Deanna Adkins, MD**; Robert Benjamin, MD;  INNOVATIONS: Improving care of patients with Type 1 Diabetes Mellitus through use of telemedicine and outreach ADA 2023

14. Kathryn Blew MD, Alex Stonehill, **Deanna Adkins, MD**; Disturbed sleep and its risk factors in a sample of US gender-diverse adolescent: Pediatric Endocrine Society mtg PES May 6, 2023 San Diego, CA

15. Blew, K, Desai, K**, Adkins, D**; United States Professional Association of Transgender Healthcare 2023-"Intersection of gender dysphoria and social anxiety in a sample of US transgender/non-binary adolescents"; 11/4/2023 Denver, CO

Non-Refereed Publications
  i.   Print
      i.   Editorial Charlotte News and Observer-"**NC pediatric specialists say HB2 'flawed' and 'harmful,' call for repeal**"; April 18, 2016
      ii.  Editorial News and Observer-HB2 May 2016 -"**Beverly Gray: Repeal HB2**" May 2016
      iii. Clinical Practice Today Oct 2022 **Sports Medicine: Keeping Transgender Athletes in the Game Physicians can help support patients' gender and athletic identities**
  ii.  Digital
      i.   Supporting and Caring for Transgender Children-HRC guide 2017
      ii.  Initial endocrine workup and referral guidelines for primary care Providers-Pediatric Endocrine Society Education Committee Website Publication
      iii. Only Human Podcast August 2, 2016; https://www.wnycstudios.org/podcasts/onlyhuman/episodes/id-rather-have-living-son-dead-daughter

  iii. Media and Community Interviews
      i.    Greensboro News and Record Community Forum October 2017-*Transgender Panel Moderator*
      ii.   Playmakers Repertory Company-Chapel Hill: *Draw the Circle* Transgender Community Panel 2017
      iii.  Duke Alumni Magazine
      iv.   Duke Stories
      v.    DukeMed Alumni Magazine
      vi.   NPR Podcast Only Human piece on caring for transgender youth and follow up piece 1 year later
      vii.  ABC11, WRAL, WNCN News Coverage
      viii. News and Observer: Charlotte and Raleigh
      ix.   Duke Chronicle and Daily Tarheel  Article
      x.    Huffington Post Article
      xi.   https://www.businessinsider.com/the-olympics-uses-testosterone-to-treat-trans-athletes-like-cheaters-2021-7

xii.  https://www.wral.com/top-transgender-doctor-warns-teen-treatment-ban-could-be-deadly/19618762/
xiii. http://www.ncpolicywatch.com/2021/04/07/experts-bills-targeting-trans-people-get-the-science-wrong/
xiv.  AAMC "What is gender affirming care"  April 12, 2022
xv.   NC Policy Watch "Parents Bill of Rights," targeting LGBTQ kids is full of wrongs, opponents say 6/2/2022
xvi.  Time Magazine; Pediatricians Who Serve Trans Youth Face Increasing Harassment. Lifesaving Care Could Be on the Line; Feb 16, 2022
xvii. MCSFM POWER HOUR 7/16/21
xviii. Doctor Radio on SXM Differences of Sex Development and Transgender care Jan 20, 2022
xix.  Clinical Practice Today Oct 2022; Sports Medicine: Keeping Transgender Athletes in the Game
xx.   "Parents Bill of Rights," targeting LGBTQ kids is full of wrongs, opponents say (NC Policy Watch) JUN 2, 2022
xxi.  https://today.duke.edu/2023/02/medical-experts-examine-impact-nc-bills-lgbtq-youth Feb 28 2023
xxii. WFAE 2023 NPR with Jason Debruyn 2023
xxiii. https://harvardpublichealth.org/policy-practice/keeping-gender-affirming-care-accessible-after-u-s-state-bans/ 8/14/2024


Published Scientific Reviews for Mass Distribution

Position and Background Papers

**Editorial Experience**
>        Editorial Boards
>        Ad Hoc scientific review journals
>>            Hormone Research, Lancet, NC Medical journal, Journal of Pediatrics, Pediatrics, Transgender Health, International Journal of Pediatric Endocrinology, Journal of Adolescent Health


**Consultant Appointments**
>        North Carolina Newborn Screening Committee
>        Human Rights Campaign Transgender Youth Advisory Board

**Scholarly Societies**

**Professional Awards and Special Recognitions**

ESPE Fellows Summer School, 2001
NIH Loan Repayment Program Recipient
Lawson Wilkins AstraZeneca Research Fellow,
2003-2004

HEI 2017-2023 Leaders in LGBTQ Healthcare
Equality
Inside Out Durham Appreciation Award
Duke Health System Diversity and Inclusion
Award January 2018
America's Top Doctor's 2020, 2021, 2023, 2024
Exceptional Women in Medicine 2019, 2023,
and 2024
Positive Mental Attitude Award Diabetes
Family Connection
Duke Health System Diversity and Inclusion
Award January 2020- CDHD Course Team
Teaching for Equity Fellow 2021
Durham Magazine Women of Achievement
2022
William Cleland Diversity, Equity and Inclusion
Award, Dept of Pediatrics 2023
Pauli Murray Advocacy Award 2023
Duke ALICE Leadership Training Course
participant 2023
Encyclopedia for Child and Adolescent Health
won the Association of American Publishers'
2024 PROSE Awards for scholarly publishing in
the category of clinical medicine

## Organizations and Participation

| Organization | Role | Dates |
|---|---|---|
| American Academy of Pediatrics | Member<br>Council on Information Technology Member<br>Reviewer COCIT<br>Member Section on Endocrinology | 1998 to present<br>2015 to present<br><br>2004 to present |
| Pediatric Endocrine Society | Member<br>Member Education Committee<br>SIG member-Transgender, DSD, liaison to Advocacy SIG<br>Writer Web Publication for Pediatricians | 2000 to present |
| NC Pediatric Society | Member | 1998 to present |
| Endocrine Society | Member | 2000 to present |

| WPATH-International Transgender Society | Member | 2014 to present |
|---|---|---|

**Mentoring Activities**

| Faculty | |
|---|---|
| | |
| Fellows, Doctoral, Post docs | **Nancie MacIver-fellow** |
| | **Dorothee Newbern-fellow** |
| | **Krystal Irizarry-fellow** |
| | **Kelly Mason-fellow** |
| | **Laura Page-fellow** |
| | **Elizabeth Sandberg fellow UNC** |
| | **Dane Whicker-psychology post doc** |
| | **Leigh Spivey-psychology post doc** |
| | **Joey Honeycutt, Chaplain Intern** |
| | **Kathryn Blew-research mentor** |
| Residents | **Yung-Ping Chin-mentor** |
| | **Kristen Moryan-mentor** |
| | **Jessica Lapinski-mentor** |
| | **Kathryn Blew-research mentor** |
| | **Matthew Pizzuto, Briana Scott-Coach, Laura Hampton Coach** |
| Medical students | **Tulsi Patel-continuity clinic mentor** |
| | **Ernest Barrel-continuity clinic mentor** |
| | **Sonali Biswas-research mentor 3rd year project** |
| | **Katha Desai-research mentor 3rd year project** |
| | **Alexa Stonehill-research mentor 3rd year project** |
| | **Lucy Zheng LIC clinic mentor** |
| Undergraduates | **Erik Severeide-Duke University** |
| | **Lindsay Carey-Dickinson College** |
| | **Jeremy Gottleib-Duke University** |
| | **Jay Zussman-Duke University** |
| | **Anisha Watwe-Duke University** |

| High School Students | **Aeryn Colton-Intern Apex High School** |
|---|---|
| Graduate Student MBS program | **Nicholas Hastings** |
| UNC Gillings School of Public Health MPH students | **Lauren Frey, Emily Dake, Alexandra Carle, Lindsay Woodcock, Hunter McGuire** |
| MSW interns | **Raye Dooley, Anne David, Kristen Sparrow, Adam Tannenbaum, Bennett McGarry, Gina Stalica, Karim Nassar, Jay Jayaraman, Gina Stalica, Reeve Buchdahl, Sam Stilter, Reeve Buchdahl, Ember Eldridge, Olivia Linn, Amber ?Graham** |
| Nurse Practioners | **ECU, Duke-multiple** <br> **Emily Holmes Duke 2024 fall** |
| DNP candidates | **Ethan Cicero-PhD committee member** <br> **Amanda Lund-PhD committee member** |
| Pediatric Dental Fellow UNC | **Joshua Raisin DDS-research associate** |

**Education / Teaching Activities**

**Didactic classes**

> High School
>> a.   Cary Academy: Work Experience Program 2021

> Community
>> a.   Gave 3 Education Sessions for NCGA members regarding gender affirming care 2 in 2023 and 1 in 2024
>> b.   Participated in a Media Briefing for Duke Health regarding gender affirming care bans 2023
>> c.   I was asked to teach about gender affirming hormones at LGBT Center of Durham 2023
>> d.   Duke LGBT Alumni Association Board Presentation 9/2023

> Undergraduate
> 1.   Creating Excellence and Ambulatory Nursing 2008
> 2.   Profile in Sexuality Research Series at Duke CGSD 2016
> 3.   Duke School of Nursing BSN Course on Sexual and Gender Health guest lecturer: fall 2017, spring 2018, fall 2018, spring 2019, fall 2019, spring 2020, fall 2020, spring 2021, fall 2021, Spring 2022, Fall 2023, Fall 2024
> 4.   Duke School of Nursing Lecture on Transgender Care-recorded for reuse

5. Duke Physician Assistant Program guest lecturer; fall 2017, spring 2018
6. Duke Global Health Course guest lecturer fall 2016
7. Duke Neuroscience course on Gender and Sex guest lecturer fall 2016
8. Duke Ethics Interest group guest lecturer fall 2018, 2020
9. Duke EMS group lecture fall 2018
10. Duke Physician Assistant Program LGBTQ+ Rotation Educator 2019 to present
11. Global Health Sexual and Gender Minority Seminar Lecturer 2020, 2024
12. Duke Children's hospital careers panel Feb16, 2021
13. I taught in the ISP undergraduate class at Duke Kushan 2023

**UME:**
1. Cultural Determinants of Health and Health Disparities Course: Facilitator and developed one class; 2017-18 and 2018-19, 2019-20, 2020-21, 2021-22; 2022-23 Steering Committee member for course development 2023
2. UNC School of Medicine Lecturer for LGBTQ Health series 2016-recorded for reuse
3. Duke Pediatrics Interest Group lecture Nov 2020
4. Duke Med Pediatrics Interest Group lecture fall 2018, 2020
5. Lecturer Body and Disease Course/FPC MS1 2019, 2020, 2021, 2022, 2023, 2024, 2025 Clinical Correlation Differences of Sex Development
6. Lecturer Body and Disease Course/FPC MS1 2020, 2021, 2022, 2023, 2024, 2025 Transgender Medicine
7. Lecture on Cancer in Transgender and Intersex Individuals April 14, 2021 Mount Sinai School of Medicine
8. Lecture on Transgender Medicine Univ. of Tenn. Health Science Center School of Medicine May 7,2021
9. I am a PA student rotation mentor for LGBGT rotation 2018-2025
10. Cultural Health and Health Disparities co course director Duke ms1 2022-23
11. East Carolina University a MS1 class on intersex conditions 2023
12. Ethics Interest Group Discussion Jan 2024 for Duke Medical Students

**Graduate School Courses:**
1. Master of Biomedical Science Program-guest lecturer on Transgender Medicine fall 2016
2. School of Nursing Graduate Intensive Course Lecturer on Sexual and Gender Health; fall 2017, spring 2018, fall 2018, spring 2019, Fall 2019, fall 2020, fall 2021,
3. Fuqua School of Business Med Pride Panel and presentation fall 2017
4. Master of Biomedical Science Program Mentor 2019-2020
5. Endocrinology for Nurse Practioners Duke Neonatal Nurse Practioner Program August 2021
6. Duke scholars gender training fall 2021
7. Co Mentor MSW interns 2015-2025-total of 15 individuals from UNC, Smith, and NC State:  MSW interns for the 2024-25 Olivia Linn and Amber Graham

**DUHS Employee Education**

1. Annual Duke Human Resources Lunch and Learn on Gender Diversity 2016, 2017, 2018
2. Over 100 lectures across the institution on gender including CHC front desk/nursing staff, hospital wide social work/case management, radiology, PDC clinic front desk/nursing staff
3. Steering Committee for Sexual and Gender Identity Epic Module development and Educational module development
4. DCRI Pride invited speaker
5. Duke Children's staff update 2021, 2022,2023, 2024
6. Clinic staff education for Adult Endo Clinic 1A session April 27, 2022
7. DEI presentation at Duke Development Department All Hands meeting April 25, 2022

**GME:**

1. Adult Endocrinology Fellows every year on growth and/or gender
2. Pediatric Residency Noon conferences on Growth, puberty and/or Gender-yearly
3. Reproductive Endocrinology Noon Conferences every 2 to 3 years
4. Adult Endocrinology Fellow Lectures on Growth and Puberty every few years
5. Psychiatry Noon Conferences periodically
6. Family Practice Noon Conference periodically
7. Pediatric Endocrine Fellow lectures twice a year or more
8. Pediatrics grand rounds: Vitamin D, Type 2 diabetes, Pubertal Development, Gender Diverse Youth multiple occasions including fall 2023
9. Duke Urology Grand Rounds 2016
10. Duke Ob/Gyn Grand Rounds 2017
11. Webinar for Arkansas Children's Hospital on transgender care 2018
12. Reproductive Challenges for Transgender people-Reproductive Endocrinology-2020
13. Metabolic Bone Disease in Neonates-NICU fellows 2019, 2024
14. Duke Psychiatry Grand Rounds 2017
15. Duke Pathology Grand Rounds fall 2020
16. Duke Family Medicine Community Rotation Educator 2019 to present
17. NC NAPNAP Symposium Keynote Speaker October 10, 2020
18. Duke Internal Medicine LEADS program speaker; Transgender Care 8/3/2021
19. Equity and Social Justice Webinar: Clinical Advocacy and Care of Transgender and Gender Diverse Youth October 27, 2021
20. Harvard Equity and Social Justice Webinar 2021
21. Duke Gynecology Grand Rounds:  gender health and wellness March 30, 2022
22. Compassionate Care Conf Duke Health May 12, 2022
23. I assisted with a lecture for Ped ID fellow talk on gender affirming care 2022
24. University of Connecticut Department of Pediatrics invited me to give a presentation of gender affirming care 2023
25. Duke Rheumatology asked for a gender affirming care in practice and research discussion that I provided in 2023
26. I spoke at Health Equity Round pediatric residency Duke 2023
27. I spoke at Health Equity Round Internal Medicine residency Duke 2023
28. Ped endo fellow education dsd 2023, 2024

29. I gave Adult endo fellow education growth 2023
30. Pediatric Hematology Oncology: Management of Gender Diverse Patients with Oncologic Conditions 12/2023
31. Duke Pediatric Grand Rounds: Updates on the Landscape of Gender Care 11/2023

**Development of Courses Educational programs**
1. Pituitary Day October 2019-full day multispecialty seminar for caregivers of patients with hypopituitarism-Organized and developed the curriculum
2. Development of Gender Diversity Education for Health System education Modules
3. Steering Committee for Cultural Determinants and Health Disparities Course
4. Helping to Adapt Resident Coaching Program to Pediatric Fellowships
5. Developed half day course for Duke Student Health on Care of the Gender Diverse Student with multiple disciplines included
6. Course Director: American Diabetes Association Camp Carolina Trails rotation for fellows and residents: 2009, 2011 – 2019
7. Medical Education Course Director for Residents for Camp Morris 2019, 2021, 2022, 2023, 2024
8. Curriculum Development Committee for new CDHD course for MS1 2023

**Development of Assessment Tools and Methods**
1. Collaborated with the Duke Chaplain group to develop a spiritual assessment tool for gender diverse children and their families. Completed 2019

**Educational leadership roles**
1. Fellowship Program Director Pediatric Endocrinology 2008-2019
2. Course Director: American Diabetes Association Camp Carolina Trails rotation for fellows and residents: 2009, 2011 to 2019
3. Course Director: Diabetes Family Connection Camp Morris 2019, 2021, 2022, 2023, 2024
4. Cultural Health and Health Disparities co course director Duke ms1 2022-23
5. Currently developing curriculum for 1 year LGBTQ Fellowship

**Educational Research**
1. Worked with coaching program for residents modified and applied in pediatric fellows
2. Worked with the Council on Pediatric Subspecialties EPA study

**Invited Lectures and Presentations**
1. NC Peds Conference: Pubertal Development 2016
2. Trent Center for Ethics Lecture May 2017: Transgender Medicine: a Wealth of Ethical Issues
3. Visiting Professorship: ECU Brody School of Medicine Invited Professor October 2017
4. Time to Thrive Arkansas Children's Hospital April 2018

5. College of Diplomates-pediatric dentistry society-Webinar on transgender care 4/1/2020
6. NAPNAP keynote speaker Annual Meeting October 2020
7. Wake County Duke CME program: Type 2 diabetes treatments in pediatrics 2019
8. Lecture on Cancer in Transgender and Intersex Individuals April 14, 2021 Mount Sinai School of Medicine
9. Lecture on Transgender Medicine Univ. of Tenn. Health Science Center School of Medicine May 7,2021
10. Equity and Social Justice Webinar: Clinical Advocacy and Care of Transgender and Gender Diverse Youth October 27, 2021 Harvard Equity and Social Justice Webinar
11. Parent Project Muscular Dystrophy Annual Conference for Families June 2022
12. Parent Project Muscular Dystrophy Annual Conference for Providers Jan 2023
13. Teaching at LGBT Center of Durham 2023
14. University of Connecticut presentation of gender affirming care 2023
15. ISP class at Duke Kushan 2023
16. Human Growth Foundation Lecture 2025

**International Meetings**
1. WPATH Amsterdam 2016 poster
2. WPATH Buenos Aires 2018 poster
3. WPATH Montreal 2022 poster
4. WPATH Lisbon 2024

**National Scientific Meetings (invited)**
1. Transgender SIG Developing a Patient Registry 2018
2. Patient Advocacy for Transgender Youth Philadelphia 2018

**Instructional Courses, Workshops, Symposiums (National)**
1. The Seminar-Fort Lauderdale, FL Invited Speaker on Care of Transgender Youth 2017
2. Time to Thrive Arkansas Children's Hospital April 2018
3. National Transgender Health Summit UCSF Jan 2018: Providers as Advocates Workshop
4. Magic Foundation-Chicago, IL Annual Speaker on Precocious Puberty, Adrenal Insufficiency, and Growth Hormone at National Conference 2016, 2017, 2019, 2020, 2021
5. Equity and Social Justice Webinar: Clinical Advocacy and Care of Transgender and Gender Diverse Youth October 27, 2021 Harvard Equity and Social Justice Webinar
6. PPMD Duchenne Healthcare Professionals Summit 2023
7. Parent Project Muscular Dystrophy(PPMD) Conference 2023

**Regional Presentations and Posters**
    a. North Carolina Pediatric Society: Pubertal Development Presentation–Pinehurst, NC 2017

b. North Carolina Psychiatric Association: Caring for Transgender Children Presentation and Workshop on key concepts in care of transgender child-Asheville, NC 2017
c. ECU Campus Health Presentation Caring for Transgender Patients 2018
d. Radiology Technology Symposium Presentation on Caring for Transgender Patients 2018
e. Duke CME in Wake County-Update on Type 2 Diabetes Treatments Feb 2019
f. Hilton Head Pediatric CME Course-Update on Type 2 Diabetes, Short Stature, and Caring for Transgender Patients June 2019
g. Wake County Duke Pediatrics CME Type 2 diabetes treatments Feb 2019
h. NAPNAP Annual Meeting Keynote Speaker 2020
i. Duke Sexual and Gender Minorities Research Symposium 2020, 2022, 2023 speaker and organizer

**Local Presentations**
1. Grand Rounds: 2016 to present-Duke Pediatrics twice, Moses Cones Pediatrics, ECU Ob/Gyn, Duke Ob/Gyn, Duke Psychiatry, Duke Urology, Duke Adult Endocrinology, Duke Pathology
2. Prior to 2016-Rex Grand rounds: Salt and Water balance, New treatments in Pediatric Diabetes, Adrenal Insufficiency, Duke peds grand rounds Bone Health, Type 2 Diabetes Mellitus
3. Duke Women's Weekend 2018 hosted by Duke Alumni Association
4. NCCAN Social Work Training 2016
5. NAPNAP lecture 2016 and 2018 and 2020
6. Profiles in Sexuality Research Presentation at Duke Center for Sexual and Gender Diversity 2017
7. Duke LGBTQ Alumni Weekend Presentation 2017
8. UNC Chapel Hill Campus Health Presentation 2018
9. Duke Student Health Presentation 2017, 2018, 2019 (workshop)
10. Teaching at LGBT Center of Durham 2023
11. Pediatric Hematology Oncology: Management of Gender Diverse Patients with Oncologic Conditions 12/2023
12. Human Growth Foundation Lecture 2025
13. Neonatology grand rounds Duke 2024

**Clinical Activity**
1. Duke Consultative Services Creekstone-3 to 3.5 days per week in endocrinology, gender care, and diabetes
2. Duke Child and Adolescent Gender Care Clinic 6 days per month at the CHC and Creekstone
3. Inpatient Consult Service Pediatric Endocrinology 1 week in 5
4. Developing and refining clinical protocols for the Engagement Center

Administrative and Leadership Positions

1. Medical Director Duke Children's and WakeMed Consultative Services of Raleigh stepped down Jan 2022
2. Director Duke Child and Adolescent Gender Care Clinic 2015 to present
3. Pediatric Endocrinology Fellowship Program Director 2008-2019
4. Clinical Co Lead Duke Sexual and Gender Wellness Program 2021 to present
5. PRIDE advocacy group leader Duke

Committees
1. Graduate Medical Education Committee-2008-2019
2. School of Medicine Sexual and Gender Diversity Council 2015 to present
3. Pediatrics Clinical Practice Committee-2015 to 2023
4. Pediatric Diversity and Inclusion Committee 2018 to present
5. Vice Chair for DEI Pediatrics Dept Search Committee 2021-22

Community
1. Test proctor local schools
2. Guest lecture GSA multiple years
3. Diabetes Camp 15 years
4. 100 Women who give a hoot
5. Collaborated to bring "Becoming Johanna" to Duke along with multiple screenings with the director and the lead actor
6. Teddy Bear Hospital volunteer 2 years
7. Apex Pride Planning Committee 2022, volunteer 2022 and 2023
8. Community Advisory Board LGBT Medical Home in FP
9. Board Member Diabetes Family Connection DEI lead