# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| ZANDER SCHLACTER; *et al.*,<br><br>                    *Plaintiffs*,<br><br>        v.<br><br>U.S. DEPARTMENT OF STATE; *et al.*,<br><br>                    *Defendants*. | Civil Action No. 1:25-cv-01344-GLR |

## EXPERT DECLARATION OF DR. RANDI C. ETTNER, Ph.D.

I, Dr. Randi C. Ettner, Ph.D., hereby declare and state as follows:

1.      I am over 18 years of age, of sound mind, and in all respects competent to testify.

2.      I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation. The opinions expressed herein are my own and do not express the views or opinions of my employer.

3.      I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinion.

4.      The purpose of this declaration is to provide my expert opinions on: (1) the nature and medical understanding of sex and gender identity; (2) the nature and treatment of gender dysphoria; (3) the process of gender transition; (4) the importance for transgender people, including nonbinary people, to have access to identification documents that reflect their gender identity; and (5) responding to the scientific and medical inaccuracies of the government's contrived understanding of sex, gender, and gender identity, as reflected in Executive Order 14168, titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to The Federal Government," issued on January 20, 2025.

1

## BACKGROUND AND QUALIFICATIONS

### Qualifications and Experience

5.     I am a licensed clinical and forensic psychologist with extensive experience working with transgender people and a specialization in the diagnosis, treatment, and management of individuals with gender dysphoria.

6.     I received my doctorate in psychology from Northwestern University in 1979.  I am a Fellow and Diplomate in Clinical Evaluation of the American Board of Psychological Specialties, and a Fellow and Diplomate in Trauma/Posttraumatic Stress Disorder (PTSD).

7.     I have been working with transgender people and been involved in the treatment of patients with gender dysphoria since 1977.  From 2005 to 2016, I was the chief psychologist at the Chicago Gender Center, which specializes in the treatment of individuals with gender dysphoria.  Since that time, I have been a member of the medical staff at the Center for Gender Confirmation Surgery at Weiss Memorial Hospital.

8.     I have been involved in the treatment of patients with gender dysphoria since 1977, when I was an intern at Cook County Hospital in Chicago.

9.     During the course of my career, I have evaluated, diagnosed, and treated over 3,000 individuals with gender dysphoria and mental health issues related to gender variance.

10.     I have published four books related to the treatment of individuals with gender dysphoria including the medical text entitled Principles of Transgender Medicine and Surgery (Ettner, Monstrey & Eyler, 2007) and the second edition (Ettner, Monstrey & Coleman, 2016).  I am currently under contract to publish the Third Edition of this text.  In addition, I have authored numerous articles in peer-reviewed journals regarding the provision of health care to the transgender population.

2

11.    I serve as a member of the editorial boards for the *International Journal of Transgenderism* and *Transgender Health*.

12.    I am a co-author of *Standards of Care for the Health of Transsexual, Transgender and Gender Nonconforming People, Version 7* ("SOC-7"), published by the World Professional Association for Transgender Health ("WPATH") (formerly the Harry Benjamin Gender Dysphoria Association) in 2012, and the *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8* ("SOC-8"), published in 2022. For SOC-8, I was the co-lead for the chapter on "Applicability of the Standards of Care to People Living in Institutional Environments." The WPATH promulgated *Standards of Care* ("*Standards of Care*") are the internationally recognized guidelines for the treatment of persons with gender dysphoria and serve to inform medical treatment in the United States and throughout the world.

13.    I have lectured throughout North America, South America, Europe, and Asia on topics related to gender diversity and gender dysphoria, and on numerous occasions I have presented grand rounds on gender dysphoria at medical hospitals.

14.    I am the honoree of the externally funded *Randi and Fred Ettner Fellowship in Transgender Health* at the University of Minnesota. I have been an invited guest at the National Institute of Health to participate in developing a strategic research plan to advance the health of sexual and gender minorities, and in November 2017 was invited to address the Director of the Office of Civil Rights of the United States Department of Health and Human Services regarding the medical treatment of gender dysphoria. I received a commendation from the United States House of Representatives on February 5, 2019, recognizing my work for WPATH and on the treatment of gender dysphoria in Illinois.

15.     The information provided regarding my professional background, experiences, publications, and presentations are detailed in my curriculum vitae. A true and correct copy of my most up-to-date curriculum vitae is attached as **Exhibit A**.

### Compensation

16.     I am being compensated at the hourly rate of $400.00 for my time spent preparing this report. I will be compensated $550.00 per hour for deposition testimony or trial testimony. I will receive a flat fee of $2,500.00 for out-of-town travel and will be reimbursed for reasonable expenses incurred. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

### Prior Testimony

17.     Over the past four years, and prior, I have given expert testimony at trial or by deposition in the following cases: *Wagoner v. Dahlstrom*, No. 3:18-cv-02116 (D. Alaska); *X.A. v Matanuska Borough School District*, No. 3PA-24-01525 CI (Alaska Super. Ct.); *Cordellioné v. Comm'r, Indiana Dep't of Corr.*, No. 3:23-cv-135-RLY-CSW (S.D. Ind.); *Levy v. Green*, No. 18-1291-TDC (D. Md.); *Zayre-Brown v. North Carolina Dep't of Public Safety,* No. 3:22-cv-00191 (W.D.N.C.); *Roe v. Herrington*, No. 4:20-cv-00484-JAS (D. Ariz.); *Diamond v. Ward*, No. 5:20-cv-00453 (M.D. Ga.); *Stillwell v. Dwenger*, No. 1:21-cv-1452-JRS-MPB (S.D. Ind.); *Letray v. City of Watertown*, No. 5:20-CV-1194 (N.D.N.Y.); *C.P. v. Blue Cross Blue Shield of Illinois*, No. 3:20-cv-06145-RJB (W.D. Wash.); *Gilbert v. Dell Technologies*, No. 1:19-cv-01938 (JGH) (S.D.N.Y.); *Kadel v. Folwell*, No. 1:19-cv-00272 (M.D.N.C.); *D.T. v. Christ*, No. CV-20-00484-TUC-JAS (D. Ariz.); *Iglesias v. Connor*, No. 19-cv-0415-RJN (S.D. Ill.); *Monroe v. Jeffreys*, No. 18-15-156-NJR (S.D. Ill.); *Singer v. Univ. of Tennessee Health Sciences Ctr.*, No. 2:19-cv-02431-JPM-cgc (W.D. Tenn.); *Morrow v. Tyson Fresh Meats, Inc.*, No. 6:20-cv-02033 (N.D. Iowa); *Claire v. Fla.*

*Dep't of Mgmt. Servs.*, No. 4:20-cv-00020-MW-MAF (N.D. Fla.); *Williams v. Allegheny Cty.*, No. 2:17-cv-01556-MJH (W.D. Pa.); *Gore v. Lee*, No. 3:19-CV-00328 (M.D. Tenn.); *Eller v. Prince George's Cnty. Public Sch.*, No. 8:18-cv-03649-TDC (D. Md.); *Monroe v. Baldwin*, No. 18-CV-00156-NJR-MAB (S.D. Ill.); *Ray v. Acton*, No. 2:18-cv-00272 (S.D. Ohio 2019); *Soneeya v. Turco*, No. 07-12325-DPW (D. Mass.); *Edmo v. Idaho Dep't of Correction*, No. 1:17-CV-00151-BLW (D. Idaho).

### Bases for Opinions

18.     My opinions are based on my education and training, my years of clinical and research experience, including my experiences diagnosing and treating individuals with gender dysphoria, the medical and research literature on transgender health and medical care, and my communications and interactions with other clinicians and leading experts on transgender health and medical care.

19.     In preparing this declaration, I have also reviewed Executive Order 14168, titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to The Federal Government," issued on January 20, 2025, as well as materials cited here within.

20.     A bibliography of the materials reviewed in connection with this declaration is attached hereto as **Exhibit B**.  The sources cited therein are authoritative, scientific peer-reviewed publications.  I generally rely on these materials when I provide expert testimony, and they include the documents specifically cited as supportive examples in particular sections of this declaration. The materials I have relied on in preparing this declaration are the same type of materials that experts in my field of study regularly rely upon when forming opinions on the subject.

21.     I may wish to supplement these opinions or the bases for them as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

## EXPERT OPINIONS

### Sex and Gender Identity

22.     At birth, infants are assigned a sex, typically male or female, based solely on the appearance of their external genitalia.  For most people, that assignment turns out to be accurate, and their birth-assigned sex matches that person's actual sex.  However, for transgender people, the sex assigned at birth does not align with the individual's genuine, experienced sex, which can be male, female, or neither and can sometimes result in the condition of gender dysphoria.

23.     External genitalia alone—the critical criterion for assigning sex at birth—is not an accurate proxy for a person's sex.

24.     A person's sex is comprised of a number of components including, inter alia: chromosomal composition (detectible through karyotyping); gonads and internal reproductive organs (detectible by ultrasound, and occasionally by a physical pelvic exam); external genitalia (which are visible at birth); sexual differentiations in brain development and structure (detectible by functional magnetic resonance imaging studies and autopsy); and gender identity.

25.     The term "gender identity" is a well-established concept in medicine, referring to one's internal sense of their own gender.

26.     Gender identity is a deeply felt and core component of human identity.  All human beings develop the conviction of belonging to a particular gender, such as male, female, or neither. It is detectible by self-disclosure in adolescents and adults.

27.     When there is divergence between anatomy and identity, one's gender identity is paramount and an important determinant of an individual's sex designation.  Developmentally, identity is the overarching determinant of the self-system, influencing personality, a sense of mastery, relatedness, and emotional reactivity, across the life span.  It is also the foremost predictor of satisfaction and quality of life.  Psychologist Eric Erickson defined identity as "the single motivating force in life."

28.     Transgender is a term used to describe a person whose gender identity does not align with the sex they were assigned at birth.  Transgender people may be male, female, or nonbinary.

29.     Nonbinary people have a gender identity that is not exclusively male or female.  Medically, they are considered a subset of transgender people because their gender identity does not align with their sex assigned at birth—even if they don't personally identify with the term "transgender."

30.     Cisgender refers to individuals whose gender identity aligns with the sex they were assigned at birth.

31.     Like cisgender people, transgender people do not simply have a "preference" to act or behave consistently with each's gender identity.  Every person has a gender identity.  It is a firmly established elemental component of the self-system of every human being.

32.     The only difference between transgender people, including nonbinary people,  and cisgender people is that the latter have gender identities that are consistent with their birth-assigned sex whereas the former do not.  A transgender man cannot simply turn off his gender identity like a switch, any more than anyone else could.

33.     The WPATH's Standards of Care, Version 8 state: "The expression of gender characteristics, including identities, that are not stereotypically associated with one's sex assigned at birth is a common and a culturally diverse human phenomenon that should not be seen as inherently negative or pathological. … It should be recognized gender diversity is common to all human beings and is not pathological." (Coleman, et al., 2022).

34.     The American Psychological Association similarly states: "Whereas diversity in gender identity and expression is part of the human experience and transgender and gender nonbinary identities and expressions are healthy, incongruence between one's sex and gender is neither pathological nor a mental health disorder." (American Psychological Association, 2021).

35.     A growing assemblage of research documents that gender identity has a biological basis and cannot be voluntarily altered.  The scientific and medical literature documents how gender identity has a strong biological basis and a physiological and biological etiology.

36.     It has been demonstrated that transgender women, transgender men, non-transgender women, and non-transgender men have different brain composition, with respect to the white matter of the brain, the cortex (central to behavior), and subcortical structures.  (Rametti, et al., 2011a; Rametti, et al., 2011b; Luders, et al., 2006; Krujiver, et al., 2000).  Interestingly, differences between transgender and non-transgender individuals primarily involve the right hemisphere of the brain. The significance of the right hemisphere is important because that is the area that relates to attitudes about bodies in general, one's own body, and the link between the physical body and the psychological self.   Attached as **Exhibit C** is a table depicting the brain areas that differ.

37.     It is now believed that gender incongruence evolves as a result of the interaction of the developing brain and sex hormones.  For example, one peer-reviewed paper noted that "[s]ex

8

differences in … gender identity … are programmed into our brain during early development" and that "[t]here is no evidence that one's postnatal social environment plays a crucial role in gender identity or sexual orientation." (García-Falgueras and Swaab, 2010; see also Hare, et al., 2009).

38.     Because gender identity has a biological basis, efforts to change an individual's gender identity are unethical, harmful, and futile.  Researchers have documented the risks and harms of attempting to coerce individuals to conform to their birth-assigned sex.  These include, but are not limited to, the onset or increase of depression, suicidality, substance abuse, loss of relationships, family estrangement, and a range of post-traumatic responses. (Green, et al., 2018; Turban, et al., 2020; Byne, et al., 2016).

39.     The evidence demonstrating that gender identity cannot be altered, either for transgender or for non-transgender individuals, further underscores the innate and immutable nature of gender identity.

40.     The evidence demonstrating that gender identity cannot be altered, either for transgender or for cisgender individuals, further underscores the innate and immutable nature of gender identity.

41.     Accordingly, all major associations of medical and mental health providers, such as the American Medical Association, the American Psychiatric Association, the American Psychological Association, and WPATH, consider such efforts unethical.

42.     For some individuals, the incongruence between gender identity and birth-assigned sex does not create clinically significant distress. However, for others, the incongruence results in gender dysphoria.

43.     The ability to live in a manner consistent with one's gender identity is critical to any person's health and wellbeing; this is the case for transgender people and is also a key aspect

in the treatment of gender dysphoria. The process by which transgender people come to live in a manner consistent with their gender identity, rather than the sex they were assigned at birth, is known as transition. The steps that each transgender person takes to transition are not identical.

### Gender Dysphoria

44.    Gender dysphoria is a medical condition associated with the distress that results from the incongruity between various aspects of one's sex. Because gender dysphoria results from an incongruence between gender identity and birth sex, a person with a diagnosis of gender dysphoria is transgender.

45.    Gender dysphoria is codified in the American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition* (DSM-5), published in 2013 and later revised in 2022 ("DSM-5-TR"). It is also codified as "gender incongruence" within the chapter "Conditions related to sexual health" of the *International Classification of Diseases, 11th Revision* ("ICD-11"), the diagnostic and coding compendia for mental health and medical professionals published by the World Health Organization.

46.    The adoption in the DSM-5 of "gender dysphoria" as the diagnosis, which replaced the prior diagnosis of "gender identity disorder" contained in the DSM-III and DSM-IV, was based on significant changes in the understanding of the condition of individuals whose birth-assigned sex differs from their gender identity and was intended to acknowledge that gender incongruence, in and of itself, does not constitute a mental disorder. Nor is an individual's identity disordered. As the American Psychiatric Association explained, "[i]t is important to note that gender nonconformity is not in itself a mental disorder." Rather the focus is "on dysphoria as the clinical problem, not identity per se."[1]

_____

[1]    The DSM-5 also recognizes the genetic and hormonal contributions to gender

47.    Similarly, the classification of "gender incongruence" within the ICD-11 "reflects current knowledge that trans-related and gender diverse identities are not conditions of mental ill-health."

48.    The diagnostic criteria for Gender Dysphoria in Adolescents and Adults in DSM-5 are as follows:

    a.  A marked incongruence between one's experienced/expressed gender and assigned gender, of at least six months' duration, as manifested by at least two of the following:

        i.  A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics).

        ii.  A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated sex characteristics).

        iii.  A strong desire for the primary and/or secondary sex characteristics of the other gender.

        iv.  A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).

        v.  A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).

        vi.  A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

    b.  The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

49.    Once a diagnosis of gender dysphoria is established, individualized treatment should be initiated.  Without treatment, individuals with gender dysphoria experience anxiety,

---

incongruence.  (DSM-5, at 457).

depression, suicidality, and other attendant mental health issues and are often unable to adequately function in occupational, social, or other areas of life.

50.     The medically accepted standards of care for treatment of gender dysphoria are set forth in the WPATH Standards of Care, first published in 1979.  (Coleman, et al., 2022).  The Endocrine Society has published clinical practice guidelines that are consistent with the WPATH Standards of Care.  (Hembree, et al., 2017).

51.     These clinical guidelines have been cited and are considered authoritative by all major medical organizations in the United States, including American Medical Association, the Endocrine Society, the American Psychological Association, the American Psychiatric Association, the American Academy of Family Physicians, the American Public Health Association, the National Association of Social Workers, the American College of Obstetrics and Gynecology, among others.

52.     These well-established and widely accepted guidelines recommend an individualized approach to gender transition, consisting of one or more of the following protocol components of evidence-based care for gender dysphoria:

- Changes in gender expression and role, also known as social transition (which involves living in the gender role consistent with one's gender identity)

- Hormone therapy to feminize or masculinize the body;

- Surgery to change primary and/or secondary sex characteristics (e.g. breasts/chest, external and/or internal genitalia, facial features, body contouring); and

- Psychotherapy (individual, couple, family, or group) for purposes such as exploring gender identity, role, and expression; addressing the negative impact of gender dysphoria and stigma on mental health; alleviating internalized transphobia; enhancing social and peer support improving body image; or promoting resilience.

53.     Gender dysphoria is highly amenable to treatment.  With appropriate treatment, individuals with a gender dysphoria diagnosis can be fully cured of all symptoms related to the gender dysphoria diagnosis.

### The Process of Gender Transition

54.     Gender transition is the process through which a person begins bringing their outer appearance and lived experience into alignment with their core gender.  Transition may or may not include medical or legal aspects such as taking hormones, having surgeries, or correcting the sex designation on identity documents.

55.     A complete transition is one in which a person attains a sense of lasting personal comfort with their gendered self, thus maximizing overall health, well-being, and personal safety.

56.     Social transition—which often includes correcting one's identity documents to accurately reflect one's sex—is the most important, and sometimes the only, aspect of transition that transgender people undertake.  Changes often associated with a social transition include changes in clothing, name, pronouns, and hairstyle.

57.     Social role transition has an enormous impact in the treatment of gender dysphoria. An early seminal study emphasizes the importance of aligning presentation and identity. Greenberg and Laurence (1981) compared the psychiatric status of individuals with gender dysphoria who had socially transitioned with those who had not.  Those who had implemented a social transition showed "a notable absence of psychopathology" compared to those who were living in their birth-assigned sex.

58.     Similarly, a study by Russell, Pollitt, and Grossman (2018) found that use of a transgender person's chosen name, if different from the one given at birth, was linked to reduced depression, suicidal ideation and suicidal behavior.

13

59.    These findings are further supported by a growing body of recent research. A 2022 review by Tebbe and Budge concluded that social affirmation—including the ability to outwardly express and legally affirm one's gender—is among the most effective protective factors against psychological distress for transgender and nonbinary adults.  (Tebbe & Budge, 2022).  Social transition, in this context, reduces minority stress and promotes resilience in the face of stigma and discrimination.

60.    Likewise, a 2021 study by Doyle and colleagues found that identity affirmation— such as consistent use of correct pronouns, names, and recognition of gendered appearance— functions as a protective buffer, significantly reducing the mental health toll of social stigma on transgender and gender non-conforming adults.  (Doyle, et al., 2021).

61.    Further evidence is provided by Drydakis (2020), who reviewed empirical international studies and concluded that gender transition—including social, legal, and medical aspects—is strongly associated with improved mental health, greater life and job satisfaction, and reduced symptoms of depression and anxiety in transgender adults. The study emphasized that affirming identity through social transition, such as correcting names and gender markers, is integral not only to personal well-being but also to social and occupational functioning.

62.    Taken together, these studies demonstrate that social role transition is not a symbolic gesture, but a medically recognized and evidence-based component of treatment that substantially reduces psychological distress and promotes well-being for transgender people.

63.    Hormones are often medically indicated for patients with gender dysphoria and are extremely therapeutic.  In addition to inducing a sense of wellbeing, owing to the influence of sex steroids on the brain, hormones induce physical changes which attenuate the dysphoria.  One or

more surgical procedures are medically indicated for some, but by no means all, transgender individuals.

64.    The goal of treatment is to align the person's body and lived experience with the person's fixed identity, which already exists. Treatment creates more alignment between the person's identity and the person's appearance, attenuating the dysphoria, and allowing the person to be seen and recognized by others in accord with their identity.

65.    The process of gender transition does not "change a woman into a man" or vice versa. Rather, it affirms the authentic gender that an individual person *is*.

### The Importance of Accurate Identity Documents, Including Passports, for Transgender People

66.    Medical management of gender dysphoria includes the alignment of appearance, presentation, expression, and often, the body, to reflect a person's true sex as determined by their gender identity. Correcting the gender marker on identification documents to accurately reflect an individual's sex, as determined by their gender identity, confers social and legal recognition of identity and is crucial to this process.

67.    Being unable to correct the gender marker on one's identity documents, including one's passport, forces transgender people to present documents that inaccurately reflect their sex as determined by their gender identity and their lived experience. This discordance generates profound psychological distress, increases vulnerability to discrimination and victimization, and undermines the therapeutic goals of gender-affirming treatment.

68.    **<u>Affirmation and Mental Health and Wellbeing:</u>**  Identity documents consistent with one's lived experience affirm and consolidate one's gender identity, mitigating distress and functional consequences. Changes in gender presentation and role, to feminize or masculinize appearance, and social and legal recognition, are crucial comportments of treatment for gender

15

dysphoria. Social transition involves dressing, grooming, and otherwise outwardly presenting oneself through social signifiers of a person's true sex as determined by their affirmed gender identity, including on one's identity documents such as a passport.

69.    Through this process, the shame of growing up living as a "false self" and the grief of being born into the "wrong body" are ameliorated.  (Ettner, 1999; Bockting, 201).  Being socially and legally recognized with correct identification is essential to successful treatment. The WPATH Standards of Care explicitly state that changing the gender marker on identity documents greatly assists in alleviating gender dysphoria.  Uncorrected identity documents serve as constant reminders that one's identity is perceived by society and government as "illegitimate."  Individuals who desire and require surgery must, as a prerequisite, undergo social role transition, which can be thwarted or upended by inaccurate identification documents.

70.    An inability to access identity documents that accurately reflect one's sex, consistent with one's gender identity, is harmful and exacerbates gender dysphoria, kindling shame and amplifying fear of exposure. Inaccurate documents can cause an individual to isolate (Inness, 1992) in order to avoid situations that might evoke discrimination, ridicule, accusations of fraud, harassment, or even violence—experiences that are all too common among transgender people. Ultimately, this leads to feelings of hopelessness, lack of agency, and despair.  Being stripped of one's dignity, privacy, and the ability to move freely in society can lead to a degradation of coping strategies and cause major psychiatric disorders, including generalized anxiety disorder, major depressive disorder, posttraumatic stress disorder, emotional decompensation, and suicidality.

71.    An abundance of research establishes that transgender people suffer from stigma and discrimination.  The "minority stress model" explains that the negative impact of the stress attached to being stigmatized is socially based.  This stress can be both external, i.e., actual

16

experiences of rejection or discrimination (enacted stigma), and, as a result of such experiences, internal, i.e., perceived rejection or the expectation of being humiliated or discriminated against (felt stigma). Both are corrosive to physical and mental health. (Bockting, 2014; Bradford, et al, 2013; Frost, Lehavot, & Meyer, 2015).

72.    Until recently, it was not understood that these experiences of humiliation and discrimination have serious and enduring consequences. It is now well documented, however, that stigmatization and victimization are the most powerful predictors of current and future mental health problems. The presentation of a passport is required in numerous situations. For the transgender individual, an inaccurate identity document can transform a mundane interaction into a traumatic experience. Repeated negative experiences inevitably erode resilience, creating an ingravescent (medically worsening) course of gender dysphoria and attendant psychiatric disorders. (Ohasi, Anderson & Bolder, 2017; Hazenbuehler, et al., 2014).

73.    Although rates of suicide are higher amongst the transgender community than the general population, a 2015 study by Bauer, et al. identified several factors that were associated with large reductions in suicide risk. The study reported that having an identity document with a gender marker notation that matched their lived gender was associated with a large reduction in suicidal ideation and attempts. The study noted that having one or more of these concordant identity documents has the potential to prevent suicidal ideation and suicide attempts-demonstrating that in a hypothetical sampling of 1,000 transgender people who were permitted to change an identity document gender marker, 90 cases of ideation could be prevented, and, in a hypothetical sampling of 1,000 transgender people with suicidal ideation who were permitted to change an identity document gender marker, 230 suicide attempts could be prevented. (Bauer, et

al., 2015).  A review of 24 studies similarly found that social and legal gender validation was positively related to improved health outcomes.  (King & Gamarel, 2021).

74.    A 2021 study by Loza, et al. explored the association of uncorrected identity documents and harassment.  Among 1,301 transgender participants in the state of Texas, only 22% reported corrected identity documents. Those individuals without corrected identity documents reported having been fired at some point or denied services/benefits as their lived gender did not match their identity documents. Having corrected identity documents, however, was associated with lower odds of harassment in public settings, fewer housing-related issues, more respectful treatment by doctors/health care providers, and more comfort asking police for help (Loza, et al., 2021).

75.    Drawing on the largest sample of transgender people ever surveyed at the time— 22,286 U.S. respondents—investigators found that those who had gender-concordant identity documents had far less psychological distress and less suicide attempts than individuals who were barred from correcting identity documents. The authors underscored the important role of government and administrative bodies in reducing distress by allowing access to documents that accurately reflect identity. (Scheim, et al., 2020).

76.    Recent research from Aotearoa/New Zealand found that barriers to possessing gender-concordant identity documents were significantly associated with worse mental health outcomes among transgender and nonbinary adults.  In a 2022 study of 708 individuals, Tan et al. demonstrated that difficulty updating identity documents was linked to higher psychological distress, suicidal ideation, and experiences of discrimination.  Participants who had been able to update their documents reported greater comfort, increased access to services, and reduced anxiety about being misgendered.  (Tan et al., 2022).

77.    The relationship between accurate identity documents and mental health is also evident among younger populations.  In a 2022 study published in the International Journal of Environmental Research and Public Health, DeChants et al. analyzed survey data from over 11,000 transgender and nonbinary youth in the United States. They found that youth with updated identity documents had significantly lower rates of both suicidal ideation and suicide attempts compared to those who were unable to update their documents.  (DeChants, et al., 2022).  This mirrors earlier U.S.-based adult data (Scheim et al., 2020), showing that legal affirmation of gender through documentation is a key structural factor associated with improved mental health.

78.    These findings are further reinforced by a 2020 study by Restar and colleagues, which demonstrated that transgender adults who had legally updated their name and gender marker reported significantly fewer symptoms of depression and anxiety and experienced lower emotional impact in response to gender-based mistreatment. The study concluded that legal gender affirmation is associated with better mental health outcomes and plays a protective role against minority stress.  (Restar et al., 2020).

79.    Finally, a recent survey of 92,329 respondents including binary and nonbinary transgender people aged 16 and older, of whom 84,170 were adults residing in the United States (including U.S. territories and U.S. military bases overseas) found that 22% of all respondents reported being verbally harassed, assaulted, asked to leave a location, or denied services when they have shown someone an ID with a name or gender that did not match their presentation.  (James, et al., 2024).

80.    **Privacy:**  Many people who suffer from gender dysphoria go to great lengths to align their physical characteristics, voice, mannerisms, and appearance to match their gender identity.  Since gender identity is immutable, these changes are the appropriate, and indeed the

19

only treatment for the condition. Understandably, the desire to make an authentic appearance is of great concern for transgender individuals, as the *sine qua non* of the gender dysphoria diagnosis is the desire to be regarded in accordance with one's true sex as determined by one's gender identity.

81.     When an individual implements a social role transition, legal recognition of that transition is vital and a passport that accurately reflect the individual's sex as determined by their gender identity is a crucial aspect of that recognition, in large part because congruent identity documentation confers privacy—the right to maintain stewardship of personal and medical information-allowing an individual to live a safe and healthy life. (Barry, 2019; Restar, et al., 2020).

82.     Privacy, and the ability to control whether, when, how, and to whom to disclose one's transgender status, is essential to accomplishing therapeutic aims of treatment for gender dysphoria.

83.     The necessity and importance of privacy is universal. A wide range of species avoid predators by managing information about internal states and future intentions, for purposes of survival. (Krebs & Davies, 1993). Privacy enables normal psychological functioning, the ability to have experiences that promote healthy personal growth and interpersonal relationships and allows for measured self-disclosure. (Atman, 1977; Margulis, 2003). It is the basis for the development of individuality and autonomy.

84.     For a transgender person, identity documents bearing an incorrect gender marker or revealing one's sex or name assigned at birth risks disclosing private personal and medical information. For both binary and nonbinary transgender person, it forcibly discloses information about their sex assigned at birth. For binary transgender people, it further risks the disclosure of

the very fact that the person is transgender. These disclosures invade privacy, release confidential medical information, and place the individuals at risk for grave psychological and physical harm.

85.     For example, research has demonstrated that transgender women who fear disclosure are at a 100% increased risk for hypertension, owing to the intersection of stress and cardiac reactivity. (Ettner, Ettner & White, 2012).

**Responses to Executive Order 14168**

86.     The definitions of "sex," "male," and "female" in EO 14168 reflect an outdated, scientifically inaccurate, and narrow understanding of human biology. The claim that sex is an "immutable biological classification" determined solely "at conception" based on gamete size fails to capture the biological, developmental, and medical complexity of sex differentiation in humans.

87.     Sex is a multidimensional trait encompassing chromosomal makeup, gonadal structure, hormone levels, internal and external reproductive anatomy, and brain morphology. Intersex conditions further demonstrate that many individuals cannot be strictly categorized as male or female by these criteria. The Executive Order's definitions are therefore medically inaccurate and exclusionary.

88.     EO 14168's portrayal of gender identity as an ideologically driven or incoherent concept is scientifically unfounded. Gender identity is a well-established construct in medicine, psychology, and neuroscience. It is defined in authoritative medical sources such as *Stedman's Medical Dictionary*, the *APA Dictionary of Psychology*, and clinical guidelines from the World Health Organization. Pediatric literature also affirms the legitimacy of gender identity as a medical construct; for example, a 2020 clinical handbook on pediatric consultation describes gender identity as "a recognized medical concept referring to a person's sense of themselves as male, female, or other nonbinary identities." (Brady, 2020).

21

89.     The term is also widely understood outside of clinical settings.  Merriam-Webster's Dictionary defines "gender identity" as "a person's internal sense of being male, female, some combination of male and female, or neither male nor female."  This reflects broad linguistic and cultural recognition of the concept.

90.     The medical concept of "gender identity disorder," now refined as gender dysphoria, has appeared in diagnostic manuals and medical literature since the 1950s (Koh, 2012), illustrating that gender identity is not a novel construct but a long-established area of clinical and scientific inquiry.

91.     EO 14168 also fails to account for individuals born with Differences of Sex Development (DSDs), historically referred to as intersex conditions.  These are congenital variations in which chromosomal, gonadal, or anatomical sex characteristics do not align with typical definitions of male or female.  Such individuals cannot be neatly categorized into the rigid, binary sex classifications set forth by the Executive Order.

92.     Conditions that illustrate this natural variation include:

- Complete Androgen Insensitivity Syndrome (CAIS): Individuals with XY chromosomes who develop typically female external genitalia due to a lack of response to androgens.

- 5-Alpha-Reductase Deficiency: Individuals with XY chromosomes who may appear female at birth but develop male secondary sex characteristics at puberty.

- Klinefelter Syndrome (47,XXY), Turner Syndrome (45,XO), and mosaic karyotypes: Genetic variations that can result in diverse patterns of sex development.

(Hughes, et al., 2006).

93.     EO 14168's reliance on gamete size and chromosomal assumptions as the sole basis for defining sex excludes this segment of the population and fails to reflect current scientific understanding.  By imposing a simplistic and outdated framework, the Order disregards the medical reality of sex as a multidimensional trait and undermines the ability of clinicians to provide ethical, individualized care.  A scientifically sound policy must acknowledge the natural diversity of human sex characteristics. EO 14168 does not.

## CONCLUSION

94.     From a medical and scientific perspective, there is no basis for refusing to acknowledge a transgender person's sex, consistent with their gender identity, on their identity documents.

95.     The denial of accurate identity documents to transgender individuals is not supported by science and contradicts well-established standards of medical care.  It undermines health, safety, and dignity, while serving no legitimate medical, scientific, or public interest.

96.     Major medical organizations—including the American Medical Association, the American Psychological Association, the American Psychiatric Association, and the World Professional Association for Transgender Health—assert that recognition of gender identity, including through updated identity documents, is a critical component of health and wellbeing for transgender individuals.

97.     Scientific evidence, clinical experience, and international best practices consistently demonstrate that gender identity is real, measurable, and biologically rooted, and that legal affirmation of identity—including through correct identification documentation—supports mental health, reduces risk of suicidality, and promotes societal participation.  Attempts to replace

established science with ideologically motivated definitions distort both medicine and public policy.

98.     Ensuring that identity documents reflect an individual's affirmed gender is a matter of medical necessity, public health, and human dignity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this **4** of May 2025.

*Randi C. Ettner*

Randi C. Ettner

24

EXHIBIT A

# RANDI ETTNER, PH.D.

## POSITIONS HELD

Clinical Psychologist
Forensic Psychologist
Fellow and Diplomate in Clinical Evaluation, American Board of
    Psychological Specialties
Fellow and Diplomate in Trauma/PTSD
President, New Health Foundation Worldwide
Past Secretary, World Professional Association for Transgender Health
    (WPATH)
Chair, Committee for Institutionalized Persons, WPATH
Global Education Initiative Committee Curriculum Development, WPATH
University of Minnesota Medical Foundation: Leadership Council
Psychologist, Center for Gender Confirmation Surgery, Weiss Memorial
    Hospital
Adjunct Faculty, Prescott College
Editorial Board, *International Journal of Transgender Health*
Editorial Board, *Transgender Health*
Television and radio guest (more than 100 national and international
    appearances)
Internationally syndicated columnist on women's health issues
Private practitioner
Adjunct Medical staff; Department of Medicine: Weiss Memorial Hospital,
    Chicago,  IL
Advisory Council, National Center for Gender Spectrum Health
Global Clinical Practice Network; World Health Organization
Harvard Law School LGBTQ Clinic Leadership Council

## EDUCATION

| | |
|---|---|
| PhD, 1979 | Northwestern University (with honors) Evanston, Illinois |
| MA, 1976 | Roosevelt University (with honors) Chicago, Illinois |
| BA, 1969-73 | Indiana University<br>Bloomington, Indiana<br>Cum Laude<br>Major: Clinical Psychology; Minor: Sociology |
| 1972 | Moray College of Education<br>Edinburgh, Scotland<br>International Education Program |
| 1970 | Harvard University<br>Cambridge, Massachusetts Social Relations Undergraduate<br>Summer Study Program in Group Dynamics and Processes |

## CLINICAL AND PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2017-2025 | Psychologist: Weiss Memorial Hospital Center for Gender Confirmation Surgery |
| | Consultant: Walgreens; Tawani Enterprises; Starbucks, Rush University Medical Center |
| | Private practitioner: clinical and forensic practice |
| 2013 | Instructor, Prescott College: Gender-A multidimensional approach |
| | ICD-11 Member of International Working Group |
| 2011 | |
| | Consultant to Wisconsin Public Schools |
| 2010 | |
| | President New Health Foundation Worldwide |
| 2000 | Instructor, Illinois School of Professional Psychology |
| 1995-present | Supervision of clinicians in counseling gender non-conforming clients |
| 1993 | Post-doctoral continuing education with Dr. James Butcher in MMPI-2 Interpretation, University of Minnesota |
| 1992 | Continuing advanced tutorial with Dr. Leah Schaefer in psychotherapy |
| 1983-1984 | Staff psychologist, Women's Health Center, St. Francis Hospital, Evanston, Illinois |
| 1981-1984 | Instructor, Roosevelt University, Department of Psychology: Psychology of Women, Tests and Measurements, Clinical Psychology, Personal Growth, Personality Theories, Abnormal Psychology |
| 1976-1978 | Research Associate, Cook County Hospital, Chicago, Illinois, Department of Psychiatry |
| 1975-1977 | Clinical Internship, Cook County Hospital, Chicago, Illinois, Department of Psychiatry |
| 1971 | Research Associate, Department of Psychology, Indiana University |
| 1970-1972 | Teaching Assistant in Experimental and Introductory Psychology Department of Psychology, Indiana University |
| 1969-1971 | Experimental Psychology Laboratory Assistant, Department of Psychology, |

Indiana University

## **INVITED PRESENTATIONS AND GRAND ROUNDS**

*Evolution of Transgender Prisoners' Access to Health Care Behind Bars: 25 Years of Expert Witness Experience Using the WPATH SOC (Versions5-8).* WPATH 28th Scientific Symposium, Lisbon, Portugal, 2024. Ettner, R. and Brown, G.

*Clinical Perspectives and the Experience of Transgender Prisoners* Federal Death Penalty Strategy Session, 2023

IGEN POLITICS intergenerational politics podcast; July, 12, 2023 Episode 199; Apple Podcast, Spotify, YouTube

*Working with Transgender Clients* National Employment Lawyers Association, St. Louis, MO, 2023

*Shifting Sands: Challenges in Providing Surgical Care* American Society of Reconstructive Microsurgery, Miami, FL 2023

*The Standard of Care for Institutionalized Persons* WPATH 27th Scientific Symposium, Montreal, Canada 2022

*Healthcare for Transgender Prisoners* Rush University, Department of Plastic and Reconstructive Surgery, Chicago, IL 2022

*Sexual Function: Expectations and outcomes for patients undergoing gender-affirming surgery.* Whitney, N., Ettner, R., Schechter, L. Rush University, Department of Plastic and Reconstructive Surgery, Chicago, IL 2022

*Care of the Older Transgender Patient,* Weiss Memorial Hospital, Chicago, IL, 2021

*Working with Medical Experts,* The National LGBT Law Association, webinar presentation, 2020

*Legal Issues Facing the Transgender Community,* Illinois State Bar Association, Chicago, IL, 2020

*Providing Gender Affirming Care to Transgender Patients,* American Medical Student Association, webinar presentation, 2020

*Foundations in Mental Health for Working with Transgender Clients;* Center for Supporting Community Development Initiatives, Vietduc University Hospital, Hanoi, Vietnam, 2020

*Advanced Mental Health Issues, Ethical Issues in the Delivery of Care,* Development Initiaves, Vietduc University Hospital, Hanoi, Vietnam, 2020

*What Medical Students Need to Know about Transgender Health Care,* American Medical Student Association, webinar presentation, 2019

*The Transgender Surgical Patient,* American Society of Plastic Surgeons, Miami, FL 2019

*Mental health issues in transgender health care,* American Medical Student Association, webinar presentation, 2019

*Sticks and stones: Childhood bullying experiences in lesbian women and transmen,* Buenos Aires, 2018

*Gender identity and the Standards of Care,* American College of Surgeons, Boston, MA, 2018

*Expectations of individuals undergoing gender-confirming surgeries* Schechter, L., White, T., Ritz, N., Ettner, R. Buenos Aires, 2018

*The mental health professional in the multi-disciplinary team, pre-operative evaluation and assessment for gender confirmation surgery,* American Society of Plastic Surgeons, Chicago, IL, 2018; Buenos Aires, 2018

*Navigating transference and countertransference issues,* WPATH Global Education Initiative, Portland, OR; 2018

*Psychological aspects of gender confirmation surgery* International Continence Society, Philadelphia, PA 2018

*The role of the mental health professional in gender confirmation surgeries,* Mt. Sinai Hospital, New York City, NY, 2018

*Mental health evaluation for gender confirmation surgery,* Gender Confirmation Surgical Team, Weiss Memorial Hospital, Chicago, IL 2018

*Transitioning; Bathrooms are only the beginning,* American College of Legal Medicine, Charleston, SC, 2018

*Gender Dysphoria: A medical perspective,* Department of Health and Human Services, Office for Civil Rights, Washington, D.C, 2017

*Multi-disciplinary health care for transgender patients*, James A. Lovell Federal Health Care Center, North Chicago, IL, 2017

*Psychological and Social Issues in the Aging Transgender Person,* Weiss Memorial Hospital, Chicago, IL, 2017

*Psychiatric and Legal Issues for Transgender Inmates,* USPATH, Los Angeles, CA, 2017

*Transgender 101 for Surgeons,* American Society of Plastic Surgeons, Chicago, IL, 2017

*Healthcare for transgender inmates in the US,* Erasmus Medical Center, Rotterdam, Netherlands, 2016

*Tomboys Revisited: Replication and Implication;* Amsterdam, Netherlands, 2016

*Orange Isn't the New Black Yet-* Care for incarcerated transgender persons, WPATH symposium, Amsterdam, Netherlands, 2016

*Can two wrongs make a right? Expanding models of care beyond the divide*, Amsterdam, Netherlands, 2016

*Foundations in mental health;* WPATH Global Education Initiative, Chicago, IL 2015

*Role of the mental health professional in legal and policy issues,* WPATH Global Education Initiative, Chicago, IL 2015

*Healthcare for transgender inmates;* WPATH Global Education Initiative, Chicago, IL 2015

*Children of transgender parents;* WPATH Global Education Initiative; Atlanta, GA, 2016

*Transfeminine genital surgery assessment:* WPATH Global Education Initiative, Columbia, MO, 2016

*Foundations in Mental Health;* WPATH Global Education Initiative; Ft. Lauderdale, FL, 2016; Washington, D.C., 2016, Los Angeles, CA, 2017, Minneapolis, MN, 2017, Chicago, IL, 2017; Columbus, Ohio, 2017; Portland, OR, 2018; Cincinnati, OH, 2018, Buenos Aires, 2018.

*Role of the forensic psychologist in transgender care;* WPATH Global Education Initiative, Minneapolis, MN, 2017; Columbus, Ohio, 2017.

*Pre-operative evaluation in gender affirming surgery-*American Society of Plastic Surgeons, Boston, MA, 2015

*Gender affirming psychotherapy;* Fenway Health Clinic, Boston, 2015

*Transgender surgery-* Midwestern Association of Plastic Surgeons, Chicago, 2015

*Assessment and referrals for surgery-Standards of Care-* Fenway Health Clinic, Boston, 2015

*Adult development and quality of life in transgender healthcare-* Eunice Kennedy Shriver National Institute of Child Health and Human Development, 2015

*How do patients choose a surgeon?* WPATH Symposium, Bangkok, Thailand 2014

*Healthcare for transgender inmates-* American Academy of Psychiatry and the Law, Chicago, 2014

*Supporting transgender students: best school practices for success-* American Civil Liberties Union of Illinois and Illinois Safe School Alliance, 2014

*Addressing the needs of transgender students on campus-* Prescott College, Prescott, AZ, 2014

*The role of the behavioral psychologist in transgender healthcare –* Gay and Lesbian Medical Association, 2013

*Understanding transgender-* Nielsen Corporation, Chicago, 2013

*Grand Rounds: Evidence-based care of transgender patients-* North Shore University Health Systems, University of Chicago, Illinois, 2011

*Care of the aging transgender patient University of California San Francisco, Center for Excellence, 2013*

*Grand Rounds*: *Evidence-based care of transgender patients* Roosevelt-St. Vincent Hospital, New York, 2011

*Grand Rounds*: *Evidence-based care of transgender patients* Columbia Presbyterian Hospital, Columbia University, New York, 2011

*Hypertension: Pathophysiology of a secret.* WPATH symposium, Atlanta, GA, 2011

*Exploring the Clinical Utility of Transsexual Typologies-* Oslo, Norway, 2009

*Children of Transsexual Parents-*International Association of Sex Researchers, Ottawa, Canada, 2005

*Children of Transsexual Parents-* Chicago School of Professional Psychology, Chicago, 2005

*Gender and the Law-* DePaul University College of Law, Chicago, Illinois, 2003

*Family and Systems Aggression against Providers,* WPATH Symposium, Ghent, Belgium 2003

*Children of Transsexual Parents-*American Bar Association annual meeting, New York, 2000

*Grand Rounds: Gender Incongruence in Adults,* St. Francis Hospital, 1999.

*Gender Identity, Gender Dysphoria and Clinical Issues*:

WPATH Symposium, Bangkok, Thailand, 2014
Argosy College, Chicago, Illinois, 2010
Cultural Impact Conference, Chicago, Illinois, 2005

Weiss Hospital, Department of Surgery, Chicago, Illinois, 2005

Resurrection Hospital Ethics Committee, Evanston, Illinois, 2005

Wisconsin Public Schools, Sheboygan, Wisconsin, 2004, 2006, 2009

Rush North Shore Hospital, Skokie, Illinois, 2004

Nine Circles Community Health Centre, University of Winnipeg, Winnipeg, Canada, 2003

James H. Quillen VA Medical Center, East Tennessee State University, Johnson City, Tennessee, 2002

Sixth European Federation of Sexology, Cyprus, 2002

Fifteenth World Congress of Sexology, Paris, France, 2001

Illinois School of Professional Psychology, Chicago, Illinois 2001

Lesbian Community Cancer Project, Chicago, Illinois 2000

Emory University Student Residence Hall, Atlanta, Georgia, 1999

Parents, Families and Friends of Lesbians and Gays National Convention, Chicago, Illinois, 1998;

In the Family: Psychotherapy Network National Convention, San Francisco, California, 1998;

Evanston City Council, Evanston, Illinois 1997;

Howard Brown Community Center, Chicago, Illinois, 1995;

YWCA Women's Shelter, Evanston, Illinois, 1995;

Center for Addictive Problems, Chicago, 1994

Highland Park Early Child Development Program, Highland Park, IL 1994

*Psychosocial Assessment of Risk and Intervention Strategies in Prenatal Patients*- St. Francis Hospital, Center for Women's Health, Evanston, Illinois, 1984; Purdue University School of Nursing, West Layette, Indiana, 1980

*Psychonueroimmunology and Cancer Treatment*- St. Francis Hospital, Evanston, Illinois, 1984
*Psychosexual Factors in Women's Health*- St. Francis Hospital, Center for Women's Health, Evanston, Illinois, 1984.

*Grand Rounds: Sexual Dysfunction in Medical Practice*- St. Francis Hospital, Dept. of OB/GYN, Evanston, Illinois, 1990

*Sleep Apnea* - St. Francis Hospital, Evanston, Illinois, 1996; Lincolnwood Public Library, Lincolnwood, Illinois, 1996

*The Role of Denial in Dialysis Patients* - Cook County Hospital, Department of Psychiatry, Chicago, Illinois, 1977

## PUBLICATIONS

Hamadian, A., Whitney, N., Reynolds, A., Stoehr, J., Ettner, R. (2024) Improving access to care and consent for transgender and gender diverse youth in the United States. *Georgian Medical News*, 1(346).

Ettner, R., Schechter, L., & Coleman, E. (Eds.) Principles of Transgender Medicine and Surgery, 3rd edition; Routledge, (under contract).

Coleman, E., Radix, A., Bouman, W., Brown, G., deVries, A.L., Deutsch, M., Ettner, R., et. al. Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *International Journal of Transgender Health*, 23:sup1S1-S259.

Robles, C., Hamidian, A., Ferragamo, B., Radix, A., De Cuypere, G., Green, J., Ettner, R., Monstrey, S., Schechter, L. Gender affirmation surgery: A collaborative approach between the surgeon and the mental health professional. *Journal of Plastic and Reconstructive Surgery* in press.

Ettner, R. Healthcare for transgender prisoners. In Garcia (Ed.) Genital Gender Affirming Surgery: An Illustrated Guide and Video Atlas. Springer: in press.

Narayan, S., Danker, S Esmonde, N., Guerriero, J., Carter, A., Dugi III, D., Ettner, R., Radix A., Bluebond-Langner, R., Schechter, L., Berli, J. (2021) Guiding the conversation: Types of regret after gender-affirming surgery and their associated etiologies. *Annals of Translational Medicine,*9(7):605.

Ettner, R., White, T., Ettner, F., Friese, T., Schechter, L. (2018) Tomboys revisited: A retrospective comparison of childhood behaviors in lesbians and transmen. *Journal of Child and Adolescent Psychiatry*.

Ettner, R.  Mental health evaluation. Clinics in Plastic Surgery. (2018) Elsevier, 45(3): 307-311.

Ettner, R. Etiology of gender dysphoria in Schechter (Ed.) Gender Confirmation Surgery: Principles and Techniques for an Emerging Field. Elsevier, 2017.

Ettner, R.  Pre-operative evaluation. In Schechter (Ed.) Surgical Management of the Transgender Patient. Elsevier, 2017.

Berli, J., Kudnson, G., Fraser, L., Tangpricha, V., Ettner, R., et al. Gender Confirmation Surgery: what surgeons need to know when providing care for transgender individuals. *JAMA Surgery*; 2017.

Ettner, R., Ettner, F. & White, T. Choosing a surgeon: an exploratory study of factors influencing the selection of a gender affirmation surgeon. *Transgender Health*, 1(1), 2016.

Ettner, R. & Guillamon, A. Theories of the etiology of transgender identity. In Principles of Transgender Medicine and Surgery. Ettner, Monstrey & Coleman (Eds.), 2nd edition; Routledge, June, 2016.

Ettner, R., Monstrey, S, & Coleman, E. (Eds.) Principles of Transgender Medicine and Surgery, 2nd edition; Routledge, June, 2016.

Bockting, W, Coleman, E., Deutsch, M., Guillamon, A., Meyer, I., Meyer, W., Reisner, S., Sevelius, J. & Ettner, R. Adult development and quality of life of transgender and gender nonconforming people. *Current Opinion in Endocrinology and Diabetes*, 2016.

Ettner, R. Children with transgender parents in Sage Encyclopedia of Psychology and Gender. Nadal (Ed.) Sage Publications, 2017.

Ettner, R. Surgical treatments for the transgender population in Lesbian, Gay, Bisexual, Transgender, and Intersex Healthcare: A Clinical Guide to Preventative, Primary, and Specialist Care. Ehrenfeld & Eckstrand, (Eds.) Springer: MA, 2016.

Ettner, R. Etiopathogenetic hypothesis on transsexualism in Management of Gender Identity Dysphoria: A Multidisciplinary Approach to Transsexualism. Trombetta, Liguori, Bertolotto, (Eds.) Springer: Italy, 2015.

Ettner, R. Care of the elderly transgender patient. *Current Opinion in Endocrinology and Diabetes, 2013, Vol*. 20(6), 580-584.

Ettner, R., and Wylie, K. Psychological and social adjustment in older transsexual people. *Maturitas,* March, 2013, Vol. 74, (3), 226-229.

Ettner, R., Ettner, F. and White, T. Secrecy and the pathophysiology of hypertension. *International Journal of Family Medicine* 2012, Vol. 2012.

Ettner, R. Psychotherapy in Voice and Communication Therapy for the Transgender/Transsexual Client: A Comprehensive Clinical Guide. Adler, Hirsch, Mordaunt, (Eds.) Plural Press, 2012.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W., Monstrey, S., Adler, R., Brown, G., Devor, A., Ehrbar, R., Ettner, R., et.al. Standards of Care for the health of transsexual, transgender, and gender-nonconforming people. World Professional Association for Transgender Health (WPATH). 2012.

Ettner, R., White, T., and Brown, G. Family and systems aggression towards therapists. *International Journal of Transgenderism,* Vol. 12, 2010.

Ettner, R. The etiology of transsexualism in Principles of Transgender Medicine and Surgery, Ettner, R., Monstrey, S., and Eyler, E. (Eds.). Routledge Press, 2007

Ettner, R., Monstrey, S., and Eyler, E. (Eds.) Principles of Transgender Medicine and Surgery. Routledge Press, 2007.

Monstrey, S. De Cuypere, G. and Ettner, R. Surgery: General principles in Principles of Transgender Medicine and Surgery, Ettner, R., Monstrey, S., and Eyler, E. (Eds.) Routledge Press, 2007.

Schechter, L., Boffa, J., Ettner, R., and Ettner, F. Revision vaginoplasty with sigmoid interposition: A reliable solution for a difficult problem. The World Professional Association for Transgender Health (WPATH), 2007, *XX Biennial Symposium,* 31-32.

Ettner, R. Transsexual Couples: A qualitative evaluation of atypical partner preferences. *International Journal of Transgenderism,* Vol. 10, 2007.

White, T. and Ettner, R. Adaptation and adjustment in children of transsexual parents. *European Journal of Child and Adolescent Psychiatry,* 2007: 16(4)215-221.

Ettner, R. Sexual and gender identity disorders in Diseases and Disorders, Vol. 3, Brown Reference, London, 2006.

Ettner, R., White, T., Brown, G., and Shah, B. Client aggression towards therapists: Is it more or less likely with transgendered clients? *International Journal of Transgenderism,* Vol. 9(2), 2006.

Ettner, R. and White, T. in Transgender Subjectives: A Clinician's Guide Haworth Medical Press, Leli (Ed.) 2004.

White, T. and Ettner, R. Disclosure, risks, and protective factors for children whose parents are undergoing a gender transition. *Journal of Gay and Lesbian Psychotherapy,* Vol. 8, 2004.

Witten, T., Benestad, L., Berger, L., Ekins, R., Ettner, R., Harima, K. Transgender and Transsexuality. Encyclopeida of Sex and Gender. Springer, Ember, & Ember (Eds.) Stonewall, Scotland, 2004.

Ettner, R. Book reviews. *Archives of Sexual Behavior,* April, 2002.

Ettner, R. Gender Loving Care: A Guide to Counseling Gender Variant Clients. WW Norton, 2000.

*Social and Psychological Issues of Aging in Transsexuals*, proceedings, Harry Benjamin International Gender Dysphoria Association, Bologna, Italy, 2005.

*The Role of Psychological Tests in Forensic Settings*, *Chicago Daily Law Bulletin,* 1997.

Confessions of a Gender Defender: A Psychologist's Reflections on Life amongst the Transgender. Chicago Spectrum Press. 1996.

*Post-traumatic Stress Disorder*, *Chicago Daily Law Bulletin*, 1995.

*Compensation for Mental Injury, Chicago Daily Law Bulletin*, 1994.

*Workshop Model for the Inclusion and Treatment of the Families of Transsexuals,* Proceedings of the Harry Benjamin International Gender Dysphoria Symposium; Bavaria, Germany, 1995.

*Transsexualism- The Phenotypic Variable,* Proceedings of the XV Harry Benjamin International Gender Dysphoria Association Symposium; Vancouver, Canada, 1997.

*The Work of Worrying: Emotional Preparation for Labor* in Pregnancy as Healing. A Holistic Philosophy for Prenatal Care, Peterson, G. and Mehl, L. Vol. II. Chapter 13, Mindbody Press, 1985.


## PROFESSIONAL AFFILIATIONS

University of Minnesota Institute for Sexual and Gender Health–Leadership Council

American College of Forensic Psychologists

World Professional Association for Transgender Health

WPATH GEI SOC 8 Certified Member

New Health Foundation Worldwide

World Health Organization (WHO) Global Access Practice Network

TransNet national network for transgender research

American Psychological Association

American College of Forensic Examiners

Society for the Scientific Study of Sexuality

Screenwriters and Actors Guild

Phi Beta Kappa

## **AWARDS AND HONORS**

University of Minnesota, Institute for Sexual and Gender Health; 50 *Distinguished Sex and Gender Revolutionaries* award, 2021

Letter of commendation from United States Congress for contributions to public health in Illinois, 2019

WPATH Distinguished Education and Advocacy Award, 2018

*The Randi and Fred Ettner Transgender Health Fellowship*-Program in Human Sexuality, University of Minnesota, 2016

Phi Beta Kappa, 1972

Indiana University Women's Honor Society, 1970-1972

Indiana University Honors Program, 1970-1972

Merit Scholarship Recipient, 1970-1972

Indiana University Department of Psychology Outstanding Undergraduate Award
    Recipient, 1970-1972

Representative, Student Governing Commission, Indiana University, 1970

Sponsor 2nd International Trans Studies Conference

**<u>LICENSE</u>**

Clinical Psychologist, State of Illinois, 1980

EXHIBIT B

# BIBLIOGRAPHY

Ainsworth, T. & Spiegel, J. (2010) Quality of life of individuals with and without facial feminization surgery or gender reassignment surgery. *Quality of Life Research,* 19(7), 1019–24.

Altman, I. (1977), Privacy Regulation: Culturally Universal or Culturally Specific?. Journal of Social Issues, 33: 66-84.

American Medical Association (2008). *Resolution 122 (A-08), Removing Financial Barriers to Care for Transgender Patients.*

American Medical Association (2021). Conforming Sex and Gender Designation on Government IDs and Other Documents H-65.967.

American Medical Association and GLMA (2019). *Issue Brief: Health Insurance coverage for gender-affirming care of transgender patients*, https://www.ama-assn.org/system/files/2019-03/transgender-coverage-issue-brief.pdf.

American Psychiatric Association (1980). *Diagnostic and Statistical Manual of Mental Disorders (DSM-III).* Washington, D.C.: American Psychiatric Publishing.

American Psychiatric Association (1987). *Diagnostic and Statistical Manual of Mental Disorders (DSM-III-R).* Washington, D.C.: American Psychiatric Publishing.

American Psychiatric Association (1994). *Diagnostic and Statistical Manual of Mental Disorders (DSM-IV).* Washington, D.C.: American Psychiatric Publishing.

American Psychiatric Association (2013). *Diagnostic and Statistical Manual of Mental Disorders (DSM-5).* Arlington, VA: American Psychiatric Publishing.

American Psychiatric Association. (2022). Diagnostic and Statistical Manual of Mental Disorders (5th ed., text rev.) (DSM-5-TR). Arlington, VA: American Psychiatric Publishing.

American Psychiatric Association, *Gender Dysphoria* (2013), http://www.dsm5.org/documents/gender%20dysphoria%20fact%20sheet.pdf.

American Psychiatric Association (2018). *Position Statement on Access to Care for Transgender and Gender Diverse Individuals,* https://www.psychiatry.org/File%20Library/About-APA/Organization- Documents-Policies/Policies/Position-2018-Access-to-Care-for-Transgender-and- Gender-Diverse-Individuals.pdf.

American Psychological Association (2021). *APA Resolution on Gender Identity Change Efforts*, https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf.

American Psychological Association (2024). *APA Policy Statement on Affirming Evidence-Based Inclusive Care for Transgender, Gender Diverse, and Nonbinary Individuals, Addressing Misinformation, and the Role of Psychological Practice and Science*, https://www.apa.org/about/policy/transgender-nonbinary-inclusive-care.pdf.

Bao, A.M. & Swabb, D.F. (2011). Sexual differentiation of the human brain: Relation to gender identity, sexual orientation and neuro-psychiatric disorders, *Frontiers in Neurology,* 32(2), 214–26.

Barry, C. L. (2019). Transgender rights and the politics of identity documents. University of Michigan Press.

Bauer, G., Scheim, A., Pyne, J. *et al.* (2015). Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario, Canada. *BMC Public Health*, 15:525.

Beck, A. *et al.* (1990). Relationship between hopelessness and ultimate suicide: A replication with psychiatric outpatients. *American Journal of Psychiatry*, 147(2).

Benjamin, H. (1966). The Transsexual Phenomenon. New York: Julian Press.

Bennet, K., Qi, J, Kim, H., Hamill, J. et al. (2018). Comparison of 2-year complication rates among common techniques for post-mastectomy breast reconstruction. *JAMA Surgery.*

Bentz, E.K., Hefler, L.A., Kaufman, U. *et al.* (2008). A polymorphism of the CYP17 gene related to sex steroid metabolism is associated with female-to-male but not male-to-female transsexualism. *Fertility and Sterility,* 90(1), 56–59.

Berli, J., Kudnson, G., Fraser, L., Tangpricha, V., Ettner, R., *et al.* (2017). Gender Confirmation Surgery: what surgeons need to know when providing care for transgender individuals. *JAMA Surgery,* 152(4), 394–400.

Bockting, W. & Coleman, E. (2007). Developmental stages of the transgender coming out process: Toward an integrated identity.  Ettner, Monstrey &  Eyler (eds.) Principles of Transgender Medicine and Surgery. New York: Haworth Press.

Bockting, W. (2013). Transgender identity development. In Tolman & Diamond (Eeds.), American Psychological Association's Handbook of Sexuality and Psychology. Washington, D.C.: American Psychological Association.

Bockting, W. (2014). The impact of stigma on transgender identity development and mental health. In Kreukels, Steensma, and De Vries (Eds.), Gender dysphoria and disorders of sex development: Progress in care and knowledge. New York: Springer.

Bockting, W., Coleman, E., Deutsch, M., Guillamon, A., Meyer, I., Meyer, W., Reisner, S., Sevelius, J. & Ettner, R. (2016). Adult development and quality of life of transgender and gender nonconforming people. *Current Opinion in Endocrinology and Diabetes* 23(2): 188-197.

Bradford, J., Reisner, S., Honnold, J., Xavier, J. (2013). Experiences of transgender-related discrimination and implications for health: Results from the Virginia transgender health initiative study. *American Journal of Public Health* 103 (10).

Brady, C. A., & Clegg, D. (2020). Pediatric gender identity: Consultation on matters of identity, transgender concerns, and disorders/differences of sex development. In R. J. McCarty, M. R.

Brown, G. (2010) Auto-castration and auto-penectomy as surgical self-treatment in incarcerated persons with Gender Identity Disorder. *International Journal of Transgenderism,* 12: 31-39.

Brown, G. & McDuffie, E. (2009). Health care policies addressing transgender inmates in prison systems in the US. *Journal of Correctional Health,* 15(4):280-91.

Budge, S., Adelson, J. & Howard, K. (2013). Anxiety and depression in transgender individuals: The role of transition status, loss, social support, and coping. *Journal of Consulting and Clinical Psychology* 81(3): 545.

Byne W. (2016). Regulations restrict practice of conversion therapy. *LGBT Health*, 3(2):97-99.

Chivers-Wilson, K. (2006) Sexual assault and posttraumatic stress disorders: A review of the biological, psychological and sociological factors and treatments. *Mc Gill Journal of Medicine*, (2):111-118.

Chung, W., De Vries, G., Swaab, D. (2002). Sexual differentiation of the bed nucleus of the stria terminalis in humans may extend into adulthood. *Journal of Neuroscience,* 22(3), 1027–33.

Cohen-Kettenis, PT. and Gooren, LJ. (1993). The influence of hormone treatment on psychological functioning of transsexuals. *Journal of Psychology and Human Sexuality,* 1993(4), 55–67.

Colborn, T. Dumanoski, D. & Meyers, W. (1997). *Our Stolen Future*. New York: Penguin.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J. … Zucker, K. (2011). WPATH Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism,* 13, 165–232.

Coleman, E., Radix, A. E., Bouman, W. P., Brown, G. R., de Vries, A. L. C., Deutsch, M. B., Ettner, R., Fraser, L., Goodman, M., Green, J., Hancock, A. B., Johnson, T. W., Karasic, D. H., Knudson, G. A., Leibowitz, S. F., Meyer-Bahlburg, H. F. L., Monstrey, S. J., Motmans, J., Nahata, L., Nieder, T. O., … Arcelus, J. (2022). Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *International journal of transgender health*, 23(Suppl 1), S1–S259.

Colizzi, M. , Costa, R., & Todarello, O. (2014). Transsexual patients' psychiatric comorbidity and positive effect on cross-sex hormonal treatment on mental health: results from a longitudinal study. *Psychoneuroendocrinology*, 39: 65-73.

Cooper, K., Russell, A., Mandy, W., Butler, C. (2020). The phenomenology of gender dysphoria in adults: A systematic review and meta-synthesis. *Clinical Psychology Review*, 80:101875.

Crocker, J., Major, B. & Steele, C. (1998). Social Stigma in Fiske & Gilbert (eds.) Handbook of Social Psychology, Vol 11.

3

De Cuypere, G., T'Sjoen, G., Beerten, R., Selvaggi, G., *et al.* (2005). Sexual and physical health after sex reassignment surgery. *Archives of Sexual Behavior,* 34(6), 679–90.

DeChants, J. P., Price, M. N., Green, A. E., Davis, C. K., & Pick, C. J. (2022). Association of Updating Identification Documents with Suicidal Ideation and Attempts among Transgender and Nonbinary Youth. *International Journal of Environmental Research and Public Health*, *19*(9), 5016.

Devor, A. (2004). Witnessing and mirroring: A fourteen stage model of transsexual identity formation. *Journal of Gay and Lesbian Psychotherapy,* 8(1-2), 41–67.

Diamond, M. (2013). Transsexuality among twins: identity concordance, transition, rearing, and orientation. *International Journal of Transgenderism,* 14(1)*,* 24–38.

Diamond, L., Pardo, S., Butterworth, M. (2011). Transgender experience and identity. In Schwartz *et al.* (Eds.), *Handbook of Identity Theory and Research.* New York: Springer.

Drydakis, N. (2020). Trans people's well-being and labor market outcomes: A review and meta-analysis. *Social Science & Medicine, 245*, 112658.

Doyle, D. M., Lewis, M. E., & Lunn, M. R. (2021). The role of identity affirmation and social support in the mental health of transgender and gender nonconforming people. *Journal of LGBT Youth, 18*(1), 76–97.

Doyle, D.M., Begeny, C.T., Barreto, M. *et al.* (2021). Identity-Related Factors Protect Well-Being Against Stigma for Transgender and Gender Non-Conforming People. *Arch Sex Behav* **50**, 3191–3200.

Edgerton, M.T., and Meyer, J. K. (1973). Surgical and psychiatric aspects of transsexualism. In Horton, C. (Ed.), <u>Surgery of the External Genitalia</u> (pp. 117–61). Boston: Little, Brown.

Eells, & T. L. Duffy (Eds.), <u>Clinical Handbook of Psychological Consultation in Pediatric Medical Settings</u> (pp. 347–368). Springer.

Elders, M. J., Brown, G. R., Coleman, E., Kolditz, T. A., & Steinman, A. M. (2015). Medical Aspects of Transgender Military Service. *Armed Forces & Society*, 41(2), 199-220.

Endocrine Society (2020). *Transgender Health, an Endocrine Society position statement,* <u>https://www.endocrine.org/advocacy/position-</u> <u>statements/transgender-health</u>.

Erickson, E. (1956). The problem of ego identity. *Journal of the American Psychoanalytic Association*, 4(1), 56–121.

Ettner, R. (1999). *Gender Loving Care.* New York: Norton.

Ettner, R. (2007) The etiology of transsexualism. In Ettner, R., Monstrey, S. & Eyler, A. (Eds.) *Principles of Transgender Medicine and Surgery* (pp. 1-14). New York: Haworth.

Ettner, R., Ettner, F. & White, T. (2012). Secrecy and the pathophysiology of hypertension. *International Journal of Family Medicine*, 2012.

Ettner, R. Care of the elderly transgender patient. (2013). *Current Opinion in Endocrinology and Diabetes,* 20(6), 580-584.

Ettner, R. & Wylie, K. (2013) Psychological and social adjustment in older transsexual people. *Maturitas,* 74(3), 226–29.

Ettner, R. (2015). Etiopathogenetic hypothesis on transsexualism. In Trombetta, Luguori & Bertolotto (Eds.) Management of Gender Identity Dysphoria: A Multidimensional Approach to Transsexualism (pp. 47–54). Italy: Springer.

Ettner, R. (2016). Surgical treatments for the transgender population. In Eckstrand, K. & Ehrenfeld, J. (Eds.) Lesbian, Gay, Bisexual and Transgender Health *Care.* (pp. 363–77). New York: Springer.

Ettner, R. & Guillamon, A. (2016). Theories of the etiology of transgenderism. In Ettner R., Monstrey, S. & Coleman E. (Eds.). Principles of Transgender Medicine and Surgery (pp. 3–15). New York: Routledge.

Ettner, R., Monstrey, S., & Eyler, A. (Eds.) (2007). Principles of Transgender Medicine and Surgery (1st ed.). New York: Routledge.

Ettner, R. Monstrey, S., & Coleman, E. (Eds.) (2017). Principles of Transgender Medicine and Surgery (2nd ed.). New York: Routledge.

Fernandez, R., Esteva, I., Gomez-Gil, E., Rumbo, T. *et al.* (2014b) The (CA) in polymorphism of ER*b* gene is associated with FtM transsexualism. *Journal of Sexual Medicine,* 11(3), 720–28.

Fernandez, R., Ramirez, K., Gomez-Gil, E. (2020) Gender-affirming hormone therapy modifies the CpG methylation pattern of the ESR1 gene promoter after six months of treatment in transmen. *Journal of Sexu*al *Health,* 17(9):1795-1806.

Frost, D., Lehavot, K., & Meyer, I. (2015). Minority stress and physical health among sexual minority individuals. *Journal of Behavioral Medicine*. *Journal Behavioral Medicine,* 38(1), 1–8.

Galis, F., Ten Broek, C., Van Dongen, S., *et al.* (2010). Sexual dimorphism in the prenatal digit ratio (2D:4D). *Archives of Sexual Behavior,* 39(1), 57–62.

Garcia-Falgueras, A. & Swaab, D (2008). A sex difference in the hypothalamic uncinate nucleus: relationship to gender identity. *Brain,* 131(12), 3132–46.

Garcia-Falgueras, A. & Swaab, D (2010). Sexual hormones and the brain: As essential alliance for sexual identity and sexual orientation. *Pediatric Neuroendocrinology,* 17, 22–35.

Garn, S., Bundi, A., Babler, W., *et al*. (1975). Early prenatal attainment of adult metacarpal-phalangeal rankings and proportions. *American Journal of Physical Anthropology,* 43, 327-32.

Giordano, S. (2018). Understanding the emotion of shame in transgender individuals – some insight from Kafka. *Life Sciences, Society and Policy,* 14, 23.

Gijs, L., & Brewaeys, A. (2007). Surgical treatment of gender dysphoria in adults and adolescents: recent developments, effectiveness, and challenges. *Annual Review of Sex Research,* 18(1), 178–224.

Goffman, E. (1969). <u>The Presentation of Self in Everyday Life</u>. London: Allen Lane.

Gomez-Gil, E., Esteva, I., Almaraz, M,C. *et al.* (2010). Familiarity of gender identity disorder in non-twin siblings. *Archives of Sexual Behavior,* 39(2), 265–69.

Gomez-Gil, E., Zubiaurre-Elorza, L., Esteva, I., Guillamon, A. *et al.* (2012). Hormone- treated transsexuals report less social distress, anxiety and depression. *Psychoneuroendocrinology,* 37(5), 662–70.

Gooren, L.J. (2011). Care of transsexual persons. *New England Journal of Medicine,* 364, 1251–57.

Gorin-Lazard, A., Baumstark, K., Boyer, L., Maguigneau, A., *et al.* (2012). Is hormonal therapy associated with better quality of life in transsexuals? A cross-sectional study. *Journal of Sexual Medicine*, 9(2): 531-534.

Green, A. *et al.* (2018). Self-reported conversion efforts and suicidality among US LGBTQ youths and young adults. *American Journal of Public Health*, 110: 1221-1227.

Green, R. (2000). Family co-occurrence of "gender dysphoria": Ten siblings or parent-child pairs. *Archives of Sexual Behavior,* 29(5), 499–507.

Greenberg, R. & Laurence, L. (1981). A comparison of MMPI results for psychiatric patients and male applicants for transsexual surgery. *Journal of Nervous and Mental Disease,* 169(5), 320–23.

Guillamon, A., Junque, C., & Gomez-Gil, E. (2016). A Review of the status of brain structure research in transsexualism. *Archives of Sexual Behavior,* 45(7), 1615–48.

Haas, A. *et al.* (2014). *Suicide Attempts among Transgender and Gender Non- Conforming Adults*, http://williamsinstitute.law.ucla.edu/wp- content/uploads/AFSP-Williams-Suicide-Report-Final.pdf.

Halim, M.L., & Ruble, D. (2010). Gender identity and stereotyping in early and middle childhood. In Chrisler, J.C. & McCreary, D.R. (Eds.), *Handbook of gender research in psychology* (Vol. 1, pp. 495–526). New York: Springer.

Hare, L., Bernard, P., Sanchez, F. *et al.* (2009). Androgen receptor length polymorphism associated with male-to-female transsexualism. *Biological Psychiatry,* 65(1), 93–96.

Hatzenbuehler, M., Bellatorre, A., Lee, Y., *et al.* (2014). Structural stigma and all- cause mortality in sexual minority populations. *Social Science & Medicine*, 103; 333- 41.

Hembree, W., Cohen-Kettenis, P., Delemarre-van de Waal, H. Goorin, L., Meyer, W., Spack, N., Montori, V. (2009). Endocrine treatment of transsexual persons: An endocrine society clinical practice guideline. *Journal of Clinical Endocrinology and Metabolism* 94(9), 3132-3154.

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., Rosenthal, S. M., Safer, J. D., Tangpricha, V., & T'Sjoen, G.G. (2017). Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *The Journal of Clinical Endocrinology and Metabolism*, *102*(11), 3869–3903.

Henningsson, S., Westberg, L, Nilsson, S. *et al.* (2005). Sex steroid-related genes and male-to-female transsexualism. *Psychoneuroendocrinology,* 30(7), 657–64.

Hines, M. (2011). Gender development and the human brain. *Annual Review of Neuroscience* 34, 69-88.

Hughes, I. A., Houk, C., Ahmed, S. F., Lee, P. A., & LWPES/ESPE Consensus Group. (2006). Consensus statement on management of intersex disorders. *Archives of Disease in Childhood, 91*(7), 554–563.

James, S. E., Herman, J. L., Rankin, S., Keisling, M., Mottet, L., & Anafi, M. (2016). The Report of the 2015 U.S. Transgender Survey. Washington, DC: National Center for Transgender Equality.

James, S.E., Herman, J.L., Durso, L.E., & Heng-Lehtinen, R. (2024). Early Insights: A Report of the 2022 U.S. Transgender Survey. National Center for Transgender Equality, Washington, DC.

Jarolím, L., Šedý, J., Schmidt, M., Ondřej, N., Foltán, R., & Kawaciuk, I. (2009). Gender reassignment surgery in male-to-female transsexualism: A retrospective 3-month follow-up study with anatomical remarks. *Journal of Sexual Medicine,* 6, 1635–44.

Keo-Meir, C. & Fitzgerald, K. Affirmative psychological testing and neurocognitive assessment with transgender adults. *Psychiatric Clinics of North America Journal*, 40(1): 2017

Kerlin, S. (2004). The presence of gender dysphoria, transsexualism, and disorders of sex differentiation in males prenatally exposed to diethylstilbestrol: initial evidence from a 5-year study. DES Sons International network. TransAdvocate.org.

King, W. M., & Gamarel, K. E. (2021). A Scoping Review Examining Social and Legal Gender Affirmation and Health Among Transgender Populations. *Transgender health*, *6*(1), 5–22.

Koh, J. (2012). The history of the concept of gender identity disorder. *Psychiatriae neurologia Japonica*, 114(6), 673–680.

Krebs, J.R. and Davies, N.B., An introduction to behavioural ecology., (xii + 420 pp.), In <u>An introduction to behavioural ecology</u> (Ed. 3), Oxford, UK: Blackwell Scientific Publications Ltd.

Kruijver, F.P. *et al.* (2000), Male-to-female transsexual have female neuron numbers in a limbic nucleus. *Journal of Clinical Endocrinology & Metabolism,* 5(1)*,* 2034–41.

Landen, M. *et al.* (2001). Done is done – and gone is gone: Sex reassignment surgery is presently the best cure for transsexuals. *Lakartidningen*, 98(30-31), 3322–26.

Landen, M. et al. (2011). Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. *PloS One,* 6(2*)*: e16885.

Lawrence, A. (2003). Factors associated with satisfaction or regret following male- to-female sex reassignment surgery. *Archives of Sexual Behavior,* 32(4)*,* 299–315.

Lehmann, K. & Leavey, G. Accuracy of psychometric tools in the assessment of personality in adolescents and adults requesting gender-affirming treatments: A systematic review. *European Psychiatry*, January, 2020.

Lobato, M., Koff, W, Manenti, C., Seger, D. *et al.* (2006). A follow-up of sex reassignment surgery in transsexuals: A Brazilian cohort. *Archives of Sexual Behavior,* 35(6), 711–15.

Longo, M., Azanon, E. & Haggard, P. (2010). More than skin deep: Body representation beyond primary somatosensory cortex. *Neuropsychologia,* 48(3), 665–68.

Loza, O., Beltran, O., Perez, A., & Green, J. (2021). Impact of name change and gender marker correction on identity documents to structural factors and harassment among transgender and gender diverse people in Texas. *Sexuality, Gender & Policy*, 4(2), 76–105.

Luders, E., Narr, K., Thompson, P., Rex, D. *et al.* (2006). Gender effects on cortical thickness and the influence of scaling. *Human Brain Mapping,* 27(4), 314–24.

Majid, D. S. A. *et al.* (2020). Neural systems for own-body processing align with gender identity rather than birth-assigned sex. *Cerebral Cortex,* 30, 2897–2909.

Manning, J., Fink, B. Neave, N. *et al*. (1998). The ratio of 2nd to 4th digit length, a predictor of sperm numbers and concentrations of testosterone, luteinizing hormone and oestrogen. *Human Reproduction,* 13, 3000-04.

Margulis, S.T. (2003), Privacy as a Social Issue and Behavioral Concept. *Journal of Social Issues*, 59: 243-261.

Marique, O., Odabi, K., Martinez-Jorge, J., Ciudad, P., *et al*. (2018) Complications and patient-reported outcomes in male-to-female vaginoplasty-where we are today: A systematic review and meta-analysis. *Annals of Plastic Surgery* 80(6): 684-91.

Miranda, R., Scott, M., Hicks, R., Wilcox, H., Munfakh, J.L.H., & Shaffer, D. (2008). Suicide attempt characteristics, diagnoses, and future attempts: Comparing multiple attempters to single attempters and ideators. *Journal of the American Academy of Child and Adolescent Psychiatry,* 47(1), 32–40.

Mora, JJ., Guillamon, A., & Pasaro, E. (2014a). Association study of *ERb*, *AR*, and *CYP19A1* genes and MtF transsexualism. *Journal of Sexual Medicine,* 11(12), 2986– 94.

Nuttbrock, L, Rosenblum, A. & Blumenstein, R. (2002). Transgender identity affirmation and mental health. *International Journal of Transgenderism,* 6(4).

Ohashi, K., Anderson, C., Bolder, E., et al. (2017). Childhood maltreatment is associated with alteration in global network fiber-tract architecture independent of history of depression and anxiety. *Neuroimage* 150: 50-59.

Park, R., Liu, YT., Samuel, A. *et al*. (2022). Long-term outcomes after gender- affirming surgery: 40-year follow-up study. *Annals of Plastic Surgery,* 89(4):431-436.

Pauly, I. (1992). Terminology and classification of gender identity disorders. In Bockting & Coleman (eds.) Gender Dysphoria: Interdisciplinary Approaches in Clinical Management. New York: Haworth.

Phelps, V. (1952). Relative index finger as a sex-influenced trait in man. *American Journal of Human Genetics,* 4, 72-89.

Pfäfflin, F., & Junge, A. (1998). *Sex reassignment: Thirty years of international follow- up studies after sex reassignment surgery, a comprehensive review, 1961–1991* (Jacobson, R., & Meier, A., Trans.). Retrieved from http://www.symposion.com/ijt/pfaefflin/1000.htm (Original work published 1992).

Rametti, G., Carillo, B., Gomez-Gil, E., Junque, C. *et al.* (2011a) White matter microstructure in female to male transsexuals before cross-sex hormonal treatment: A diffusion tensor imaging study. *Journal of Psychiatric Research,* 45(2), 199–204.

Rametti, G. *et al.* (2011b). The microstructure of white matter in male to female transsexuals before cross-sex hormonal treatment: A DTI study, *Journal Psychiatric Research,* 45(7), 949–54.

Rehman, J., Lazar, S., Benet, A., Schaefer, L, & Melman, A. (1999). The reported sex and surgery satisfaction of 20 postoperative male-to female transsexual patients. *Archives of Sexual Behavior,* 28(1)*,* 71–89.

Restar, A. J., Jin, H., Breslow, A. S., Reisner, S. L., & Hughto, J. M. W. (2020). Legal gender marker and name change is associated with lower negative emotional response to gender-based mistreatment and improves mental health outcomes among transgender adults. *SSM - Population Health, 11*, 100595.

Rodriguez, M. Granada, M. & Gonzalez, V. (2018). Gender incongruence is no longer a mental disorder, *Jorunal of Mental Health and Clinical Psychology*, 2(5):6-8.

Ruble, D., Taylor, L., Cyphers, L., Greulich, F., Lurye, L., Shrout, P. (2007). The role of gender constancy in early gender development. *Child Development* 78(4), 1121- 1136.

Russell, S. T., Pollitt, A. M., & Grossman, A. H. (2018). Chosen name use is linked to reduced depressive symptoms, suicidal ideation, and suicidal behavior among transgender youth. *Journal of Adolescent Health, 63*(4), 503–505.

Savic, I. & Arver, S. (2011). Sex dimorphism of the brain in male-to-female transsexuals. *Cerebral Cortex,* 23(11)*,* 2855–62.

Scheim, A. I., Perez-Brumer, A., & Bauer, G. R. (2020). Gender-concordant identity documents and mental health among transgender adults in the USA: A cross-sectional study. *The Lancet Public Health, 5*(4), e196–e203.

Schneider, H., Pickel, J., Stalla, G. (2006). Typical female 2nd-4th finger length (2D:4D) ratios in male-to-female transsexuals-possible implications for prenatal androgen exposure. *Psychoneuroendocrinology,* 31(2*),* 265–69.

Seelman, K. (2016). Transgender adults' access to college bathrooms and housing and the relationship to suicidality. *Social Work Faculty Publications*, 64.

Shaw, P., Kabani, N., Lerch, J. Eckstrand, K. *et al.* (2008). Neurodevelopmental trajectories of the human cerebral cortex. *Journal of Neuroscience,* 28(14), 3586–94.

Singh, A., Hays, D. & Watson, L.S. (2011). Strengths in the face of adversity: Resilience strategies of transgender individuals. *Journal of Counseling and Development,* 89(1), 20–27.

Smith, Y., van Goozen, S., Kuiper, A., & Cohen-Kettenis, P. (2005). Sex reassignment: Outcomes and predictors of treatment for adolescents and adult transsexuals. *Psychological Medicine,* 35(1), 8999.

Steensma, T., Biemond, R., de Boer, F. & Cohen-Kettenis, P. (2011). Desisting and persisting gender dysphoria after childhood: a qualitative follow-up study. *Clinical Child Psychology and Psychiatry*, *16(4)*, 499-516.

Steensma, T., McGuire, J., Kreukels, B., Beekman, A. & Cohen-Kettenis, P. (2013). Factors associated with desistance and persistence of childhood gender dysphoria: a quantitative follow-up study. *Journal of American Academy of Child and Adolescent Psychiatry*, 52(6), 582-590.

Steensma, T., van der Ende, J. Verhulst, F. & Cohen-Kettenis, P. (2013). Gender variance in childhood and sexual orientation in adulthood: A prospective study. *Journal of Sexual Medicine*, 10(11), 2723-2733.

Tan, K. K. H., Ellis, S. J., Schmidt, J. M., Byrne, J., Veale, J. F., & Chatterjee, A. (2022). Barriers to updating gender markers and mental health: The Trans Pathways Aotearoa Study. *Transgender Health, 7*(5), 289–297.

Taziaux, M., Swaab, D., Bakker, J. (2012). Sex differences in the neurokin B system in the human infundibular nucleus. *Journal of Clinical Endocrinology and Metabolism*, 97(12), 2010–20.

Tebbe, E.A., Budge, S.L. (2022). Factors that drive mental health disparities and promote well-being in transgender and nonbinary people. *Nat Rev Psychol* **1**, 694–707.

Turban JL, Beckwith N, Reisner SL, Keuroghlian AS. (2020). Association between recalled exposure to gender identity conversion efforts and psychological distress and suicide attempts among transgender adults. *JAMA Psychiatry,* 7(1):68-76.

Uribe, C., Junque, C. Gomez-Gil, *et al.* (2020).Brain network interactions in transgender individuals with gender incongruence. *Neuroimage*, 1:(211).

Uribe, C., Junque, C., Gómez-Gil, E. *et al.* Brain connectivity dynamics in cisgender and transmen people with gender incongruence before gender affirmative hormone treatment. *Scientific Reports* 11**,** 21036 (2021). https://doi.org/10.1038/s41598- 021-00508-y.

Verbeek, M., Hommes, M., Stutterheim, S. et al. (2020). Experiences with stigmatization among transgender individuals after transition: A qualitative study in the Netherlands. *International Journal of Transgender Health*, 21:2, 220-223.

Wiepjes C, Nota N., de Blok C, et al. (2018) The Amsterdam cohort of gender dysphoria study: Trends in prevalence, treatment, and regrets. *Journal of Sexual Medicine*, 15:582-90.

Weyers, S. *et al.* (2009). Long-term assessments of the physical, mental and sexual health among transsexual women. *Journal of Sexual Medicine*, 6(3), 752–-60.

World Health Organization. (1992). International Classification of Diseases (10th ed.).

World Health Organization. (2019). International Classification of Diseases (11th ed.).

World Professional Association for Transgender Health, Inc. (2008). WPATH clarification on medical necessity of treatment, sex reassignment, and insurance coverage U.S.A.

Zhou, J., Hofman, M., Gooren, L. *et al.* (1995). A sex difference in the human brain and its relation to transsexuality. *Nature,* 378, 68–70.

Zubiaurre-Elorza, L., Junque, C., Gomez-Gil, E., Segovia, S., Carrillo, B., Rametti, G. & Guillamon, A. (2013). Cortical thickness in untreated transsexuals. *Cerebral Cortex* 23, 2855-62.

Zubiaurre-Elorza, L., Junque, C., Gomez-Gil, E., Segovia, S., Carrillo, B., Rametti, G. & Guillamon, A. (2013). Cortical thickness in untreated transsexuals. *Cerebral Cortex* 23*,* 2855-62.

Zubiaurre-Elorza, L., Junque, C., Gomez-Gil, E. & Guillamon, A. (2014). Effects of cross-sex hormone treatment on cortical thickness in transsexual individuals. *Journal of Sexual Medicine,* 11(5), 1248–61.

EXHIBIT C

**TABLE 1**

| **Transmen** [1] | | |
|---|---|---|
| **Cerebral compartments** | | |
|    Gray matter | **Feminine** | |
|    White matter | **Feminine** | |
|    Intracraneal volume | **Feminine** | |
|    Cerebrospinal fluid | **Feminine** | |
| **Cortical thickness** | | |
|    Global | **Feminine** | **Right** |
|    Parieto-temporal | **Feminine** | **Right & left** |
|    Parietal | **Feminine** | **Right** |
| **Subcortical structures** | | |
|    Putamen | **Masculine** | **Right** |
| **White matter microstructure** | | |
|    Longitudinal superior | **Masculine** | **Right & left** |
|    Forceps minor | **Masculine** | **Right** |
|    Corticospinal tract | **Masculine** | **Right** |
| | **Defeminized** | |
| **Transwomen** [2] | | |
| **Cerebral compartments** | | |
|    Gray matter | **Masculine** | |
|    White matter | **Masculine** | |
|    Intracraneal volume | **Masculine** | |
|    Cerebrospinal fluid | **Masculine** | |
| **Cortical thickness** | | |
|    Global | **Feminine** | **Right** |
|    Orbitofrontal | **Feminine** | **Right** |
|    Insular | **Feminine** | **Right** |
|    Cuneus | **Feminine** | **Right** |
| **White matter microstructure** | | |
|    Longitudinal superior | | **Right** |
|    Fronto-occipital inferior | **Demasculinized** | |
|    Forceps minor | **Masculine** | **Right** |
|    Cingulum | **Demasculinized** | **Right** |
|    Corticospinal tract | **Demasculinized** | **Right** |
| | **Demasculinized** | |

[1] **Data transformed from Rametti** *et al.* **(2011b); Zubiarre-Elorza** *et al.* **(2013).**

[2] **Data transformed from Rametti** *et al.* **(2011a); Zubiarre-Elorza** *et al.* **(2013).**