Civil Action No.   1:25-CV-01344-GLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Kelly O. Hayes, the U.S. Attorney for the District of Maryland
was received by me on *(date)* April 28, 2025 .  U.S. Attorney's Office for the District of Maryland, 36 S. Charles Street, 4th Floor, Baltimore, MD 21201

☐ I personally served the summons on the individual at *(place)* _____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Registered US Mail, Postage Prepaid, USPS Tracking Stating Delivered  **May 9, 2025**.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  May 19, 2025

/s/ Hannah Sibiski
*Server's signature*

Hannah Sibiski
*Printed name and title*

Arnold & Porter Kaye Scholer LLP
700 Louisiana Suite 4000
Houston, TX 77002
*Server's address*

Additional information regarding attempted service, etc:
See attached Registered Mail receipt and USPS tracking.

Registered No. RB271326434US

Date Stamp: 0020 03, APR 29 2025, HOUSTON TX 77208 CIVIC CENTER STATION

Postage $4.61
Extra Services & Fees $18.60
☐ Registered Mail
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Restricted Delivery $0.00

☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Total Postage & Fees $23.21

Customer Must Declare Full Value $0.00
Received by 04/29/2025

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: Arnold, & Porter
700 Louisiana Street
Houston, TX 77002

TO: Kelly O. Hayes
U.S. Attorney for the District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

**Tracking Number:**

# RB271326434US

Copy    Add to Informed Delivery

| | |
|---|---|
| **Latest Update** | **Delivered to Agent** |
| Your item has been delivered to an agent at the front desk, reception, or mail room at 12:41 pm on May 9, 2025 in BALTIMORE, MD 21201. | Delivered to Agent, Front Desk/Reception/Mail Room<br>BALTIMORE, MD 21201<br>May 9, 2025, 12:41 pm |

**Out for Delivery**
BALTIMORE, MD 21201
May 9, 2025, 10:01 am

**Arrived at Post Office**
BALTIMORE, MD 21202
May 9, 2025, 9:50 am

**Processing at USPS Facility**
BALTIMORE, MD 21233
May 8, 2025, 10:05 pm

**In Transit to Next Facility**
May 8, 2025

**Arrived at USPS Regional Destination Facility**
BALTIMORE MD DISTRIBUTION CENTER
May 7, 2025, 3:14 am

**Processing at USPS Facility**
WASHINGTON, DC 20066
May 5, 2025, 10:02 am

**Processing at USPS Facility**
WASHINGTON, DC 20066
May 5, 2025, 9:57 am

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 5, 2025, 12:21 am

**Processing at USPS Facility**
COPPELL, TX 75099
May 2, 2025, 10:34 am

**Processing at USPS Facility**
NORTH HOUSTON, TX 77315
April 30, 2025, 6:24 pm

**Processing at USPS Facility**
NORTH HOUSTON, TX 77315
April 30, 2025, 3:44 pm

**Arrived at USPS Regional Origin Facility**
NORTH HOUSTON TX DISTRIBUTION CENTER
April 30, 2025, 2:34 am

**Arrived at USPS Origin Facility**
HOUSTON, TX 77002
April 29, 2025, 3:16 pm

**Departed Post Office**
HOUSTON, TX 77002
April 29, 2025, 2:49 pm

**USPS in possession of item**
HOUSTON, TX 77002
April 29, 2025, 11:35 am

Hide Tracking History