IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ZANDER SCHLACTER, et al.

    Plaintiffs,

v.

U.S. DEPARTMENT OF STATE, *et al.*

    Defendant.

Case No. 1:25-cv-01344

### ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time, it is this _____ day of _____ 2025

**ORDERED** that the same be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Defendants' deadline to respond to Plaintiffs' Complaint be, and the same hereby is, extended to 30 days after the Court rules on Plaintiffs' Motion for Preliminary Injunction.

_____
George L. Russell, III
United States District Judge