IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ZANDER SCHLACTER, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPT. OF STATE, *et al.*,

    *Defendants*.

No. 1:25-CV-01344-GLR

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

COME NOW Plaintiffs Zander Schlacter, Jill Tran, Lia Hepler-Mackey, David Doe, Robert Roe, Peter Poe, and Kris Koe, by and through their undersigned counsel, respectfully submit this Notice to inform the Court of two recent decisions in further support of their pending motion for preliminary injunction (Dkt. No. 31), which has been fully briefed since June 11, given that Plaintiffs still need preliminary relief.[1] The decisions that Plaintiffs bring to the Court's attention are the following:

On August 14, 2025, Judge Lydia K. Griggsby of the United States District Court for the District of Maryland issued a memorandum opinion in *American Association of Physicians for Human Rights, Inc. v. National Institutes of Health*, No. 8:25-cv-01620-LKG (D. Md. Aug. 14, 2024), observing that though "the Supreme Court recently declined to consider whether classifications based upon transgender status warrant a heightened level of scrutiny under the

---

[1] Though the district court in *Orr v. Trump*, a suit challenging the instant Passport Policy, certified two classes and provided expanded preliminary relief to them on June 17, the plaintiffs in this case have been expressly excluded from both class definitions. *See Orr v. Trump*, No. 1:25-CV-10313-JEK, 2025 WL 1695941, at *16 (D. Mass. June 17, 2025) ("Excluded from these classes are any judge presiding over this action and the plaintiffs in *Schlacter v. U.S. Department of State*, No. 25-cv-01344 (D. Md. filed Apr. 25, 2025).").

1

Equal Protection Clause," it remains the law in the Fourth Circuit "that 'heightened scrutiny applies to . . . sex-based classifications' and 'transgender people constitute at least a quasi-suspect class.'" Slip Op. at 20-21 (quoting *Grimm v. Gloucester Cnty. Sch. Bd.*, 972 F.3d 586, 607 (4th Cir. 2020)).  A copy of the decision is attached hereto as **Exhibit A**.

The next day, on August 15, the Fourth Circuit issued an amended order in *Doe v. State of South Carolina*, No. 25-1787, granting the plaintiffs' motion for an injunction pending appeal.  In *Doe*, a unanimous panel wrote that "*Grimm* remains the law of this Circuit and is thus binding on all the district courts within it."  2025 WL 2375386, at *8 (4th Cir. Aug. 15, 2025).  Chief Judge Díaz wrote a concurring opinion observing that "[t]he [Supreme] Court's decision in *United States v. Skrmetti*, 145 S. Ct. 1816 (2025), has little to say about the issues *Grimm* addressed" and that "the bottom line is that *Grimm* is binding until the Supreme Court tells us otherwise."  *Id.* at *10, *11.  Chief Judge Díaz further noted that the "the shame and indignity [that the plaintiff] will face for being singled out based on his transgender status"—in other words, being "branded with a scarlet T"—is "a harm that can't possibly be remedied with money damages" and which supports issuance of a preliminary injunction.  *Id.* at *11 (cleaned up).  Judge Agee also wrote a concurring opinion similarly observing that "*Grimm* binds all the judges of this Circuit."  *Id.* at *14.  A copy of the decision is attached hereto as **Exhibit B.**

Dated:  August 18, 2025                                                                    Respectfully submitted,

/s/ Jonathan I. Gleklen
Jonathan I. Gleklen, Bar No. 21350
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC  20001
Tel: (202) 942-5454
Fax: (202) 942-5999
jonathan.gleklen@arnoldporter.com

Carl S. Charles*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
1 West Court Square, Suite 105
Decatur, GA 30030
Tel: (404) 897-1880
Fax: (855) 535-2236
ccharles@lambdalegal.org

Lori Leskin*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8541
Fax: (212) 836-8689
lori.leskin@arnoldporter.com

Allissa Pollard*
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street, Ste. 4000
Houston, TX 77002
Tel.: (713) 576-2451
Fax: (713) 576-2499
allissa.pollard@arnoldporter.com

Karen L. Loewy*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006
Tel: (202) 804-6245
Fax: (855) 535-2236
kloewy@lambdalegal.org

Peter Renn*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
Tel: (213) 382-7600
Fax: (855) 535-2236
prenn@lambdalegal.org

Omar Gonzalez-Pagan, Bar No. 31739
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Tel: (212) 809-8585
Fax: (855) 535-2236
ogonzalez-pagan@lambdalegal.org

* Admitted *pro hac vice*

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I, Jonathan Gleklen, hereby certify that on August 18, 2025, I electronically filed Plaintiffs' Notice of Supplemental Authority with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

<i>/s/ Jonathan Gleklen</i><br>Jonathan Gleklen