IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ZANDER SCHLACTER, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. GLR-25-1344 |
| UNITED STATES, et al., | * | |
| Defendants. | * | |

\*\*\*

**ORDER**

The Court finds that Plaintiffs Peter Poe, Lia Hepler-Mackey, Kris Koe, Jill Tran, David Doe, and Zander Schlacter ("Plaintiffs") have demonstrated a substantial likelihood that they: will prevail on the merits of their Equal Protection claim; Plaintiffs will suffer irreparable injury in the absence of such preliminary injunctive relief; and that the balance of the equities favors the Plaintiffs and an injunction is in the public interest. <u>Winter v. Nat. Res. Def. Council, Inc.</u>, 555 U.S. 7, 20 (2008). Immediate relief is therefore appropriate and warranted. Accordingly, it is this 9th day of September 2025, hereby:

ORDERED that Plaintiffs' Motion for Preliminary Injunction (ECF No. 31) is GRANTED as to Plaintiffs Peter Poe, Lia Hepler-Mackey, Kris Koe, Jill Tran, David Doe, and Zander Schlacter's Equal Protection claim (Count I) and DENIED without prejudice as to all remaining Counts,

IT IS FURTHER ORDERED that Plaintiffs' Motion for Preliminary Injunction (ECF No. 31) is DENIED as to Plaintiff Robert Roe;

IT IS FURTHER ORDERED Plaintiff Robert Roe's claims are DISMISSED;

IT IS FURTHER ORDERED that until the conclusion of this litigation, or subsequent Order of the Court, all Defendants, any subagencies of Defendant U.S. Department of State, their officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concert or participation with them, are ENJOINED from enforcing or implementing the Passport Policy or otherwise enforcing the Gender Order, including Section 3(d), as applied to Plaintiffs Zander Schlacter, Jill Tran, Lia Hepler-Mackey, David Doe, Peter Poe, and Kris Koe including with regard to any applications, renewal applications, and correction forms for passports filed by Plaintiffs;

IT IS FURTHER ORDERED that the Defendants are DIRECTED to process and issue passports to Plaintiffs consistent with the State Department's policy as of January 19, 2025, and to permit (a) changes to the sex designation on Plaintiffs' passports, including allowing Plaintiffs to self-attest to their sex, and (b) an "X" sex designation on any passport where that is requested by a Plaintiff;

IT IS FURTHER ORDERED that the Court will impose a nominal bond of zero dollars in this matter because Plaintiffs seek to protect their Fifth Amendment Rights. See Fed. R. Civ. P. 65(c); Pashby v. Delia, 709 F.3d 307, 332 (4th Cir. 2013); and

IT IS FURTHER ORDERED that the Clerk is directed to DOCKET this Order granting the Preliminary Injunction immediately and to PROVIDE a certified copy of the Order to each party as soon as practicable.

                                                        /s/
                                      George L. Russell, III
                                      Chief United States District Judge