IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ZANDER SCHLACTER, et al.

    Plaintiffs,

v.

U.S. DEPARTMENT OF STATE, *et al.*

    Defendant.

Case No. 1:25-cv-01344-GLR

**ORDER**

Upon consideration of Defendant's Consent Motion to Stay Due to Lapse of Appropriations, it is this  6th  day of  October  2025

**ORDERED** that the same be, and hereby is, **GRANTED**; and it is further

**ORDERED** that this matter be, and the same hereby is, **STAYED** pending the lapse of appropriations, plus the number of days of the lapse; and it is further

**ORDERED** that Defendants, through counsel, shall notify the Court and Plaintiffs as soon as Congress has appropriated funds for the Department of Justice.

/s/
George L. Russell, III
Chief United States District Judge